FILED

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Charles E. Forrester, Jr.,

Fed. Reg. No. 09565-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630,

    Plaintiff,

v.

Federal Bureau of Prisons,

320 First Street NW
Washington, District of Columbia 20534,

    Defendant.

CASE NUMBER 1:05CV01847

JUDGE: Henry H. Kennedy

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 09/19/2005

PLAINTIFF'S COMPLAINT REQUESTING RELIEF
PURSUANT TO THE FREEDOM OF INFORMATION ACT
TITLE 5 U.S.C. § 552 et seq.

Now comes the plaintiff, Charles E. Forrester, Jr., moving pro se, and hereby respectfully requests this Honorable Court to compel the Federal Bureau of Prisons to relinquish to him the specifically requested documents outlined in plaintiff's Freedom of Information Act request. This Court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West. Supp. 2005). Gallace v. U.S. Dept. of Agriculture, 273 F.Supp.2d 53, 58 (D.D.C. 2003). In support of this complaint, plaintiff asserts the following:

- 1 -

RECEIVED

SEP 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.  Plaintiff is a District of Columbia Code offender, confined at Rivers Correctional Institution under the authority of the Bureau of Prisons ("BOP"), an agency of the United States Department of Justice. See D.C. Code § 24-101 (2001).

2.  On or about August 1, 2005, plaintiff sent a Freedom of Information Act ("FOIA") request to the care of Wanda M. Hunt, Chief, FOIA/Pa section of the BOP. See 28 C.F.R. § 513.40 (West. 2004). The FOIA request was sent to the BOP's office via the United States Postal Service's certified mail # 7002 3150 0004 2813 6130. The FOIA request was received in the BOP's office on August 8, 2005. See Attachment One, page 3. See also D.C. Code § 14-506 (west. 2001) (certified mail return receipt as prima facie evidence of delivery). So v. 514 10th Street Associates, L.P., 834 A.2d 910, 914 n.3 (D.C.App. 2003); Associated Estates, LLC v. Caldwell, 779 A.2d 939, 944 (D.C.App. 2001).

3.  Within plaintiff's August 1, 2005 FOIA request, he specifically requested the following items as outlined below:

    A.  A copy of the contract (J1PCc-005) between the Bureau of Prisons and the Wackenhut Corrections Corporation (now known as "The GEO Group" ("Global Experts in Outsourcing")), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina, 27986, including all of the subsequent amendments to that contract.

**B.** Plaintiff received seven (7) Lump Sum Awards, pursuant to 28 C.F.R. § 523.16. Plaintiff requested copies of the BP-A390.058 forms, in the following sequence:

1. January 7, 2004 (for 30 days);
2. August 12, 2004 (for 15 days);
3. September 30, 2004 (for 30 days);
4. November 30, 2004 (for 15 days);
5. December 7, 2004 (for 15 days);
6. January 6, 2005 (for 20 days); and
7. April 13, 2005 (for 15 days).

**C.** Finally, plaintiff requested a copy of the BP-331(58) (Authorization To Recieve Package Or Property) that was executed **on** or **subsequent** to May 10, 2005, by:

1. Charles E. Forrester, Jr.;
2. J. Keel (medical staff); and
3. Officer M. Ambrose (the R & D officer that inspected and cleared the package on May 10, 2005).

See Attachment One, pages **2-3**. As of this instant complaint, the BOP has failed to honor Plaintiff's FOIA request in a timely manner pursuant to the requirements of Title 5 U.S.C. § 552 (West. 1996).

**4.** Pursuant to the BOP's program statement 5330.10, the requested documents are required to be filed in plaintiff's central file (that is, items **B** and **C** indicated above). See 28 C.F.R. § 513.61(b) (West. 2004). However, the BOP failed to relinquish the requested documents to plaintiff within the twenty (20) day

window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i) (West. Supp. 2005). <u>Judicial Watch, Inc. v. Rossotti</u>, 326 F.3d 1309, 1310 (D.C. Cir. 2003); <u>Judicial Watch, Inc. v. Naval Observatory</u>, 160 F.Supp.2d 111, 112-113 (D.D.C. 2001).

5. Plaintiff clearly described the documents sought in accordance with the BOP's regulation. <u>Cf.</u> 28 C.F.R. § 513.61(c). <u>See attachment one</u>. The FOIA request was advanced to the BOP's office in good faith. Because of the BOP's inaction with regard to the plaintiff's August 1, 2005 FOIA request, and their slighting of 28 C.F.R. §§ 513.61(b-c), this Court has the unfettered authorization to compel the BOP to relinquish to plaintiff the documents outlined in paragraph <u>3</u> of this complaint. See <u>chiefly</u> Title 5 U.S.C. § 552(a)(4)(B). <u>Gallace v. U.S. Dept. of Agriculture</u>, 273 F.Supp.2d 53, 58 (D.D.C. 2003).

6. Enclosed with this instant complaint is plaintiff's requisite application to proceed in forma pauperis. <u>See</u> 28 U.S.C. § 1915 et seq. The Court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted BOP remedies during the pendency of this action. See <u>McCall v. U.S. Marshals Service</u>, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

### RELIEF SOUGHT

Plaintiff is seeking the following relief:

- 4 -

A. An order from the Court enjoining the BOP to relinquish to him all the documents outlined in paragraph 3 of this complaint in conjunction with attachment one, within ten (10) days of the Court's mandate; and

B. An order from the Court enjoining the BOP to reimburse plaintiff for the entire court filing fee, and for any and all costs that plaintiff may incur during the course of this action.

WHEREFORE, plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully submitted,

Charles E. Forrester, Jr.
Pro se

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. See Title 28 U.S.C. § 1746 (West. 1994).

Executed on 9/7/2005      /s/ Charles E. Forrester, Jr.

# ATTACHMENT ONE

Charles E. Forrester, Jr.
Fed. Reg. No. 09565-007
Rivers Correctional Institution
Post Office Box 630
Winton  NC  27986-0630

August 1, 2005

**VIA CERTIFIED MAIL**
7002 3150 0004 2813 6130

Wanda M. Hunt
Chief, FOIA/PA Section
Federal Bureau of Prisons
320 First Street  NW
Room 843
HOLC Building
Washington  DC  20534

RE:  Request For BOP documents and contract
     Pursuant to the F.O.I.A., Title 5 U.S.C. § 552 et seq., and
     28 C.F.R. § 513.61(b).

Dear Ms. Hunt:

   This instant three (3) part request is for:

   **1.**  A copy of the contract (J1PCc-005) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outsourcing"), with respect to the construction and operation of Rivers Correctional Institution , 145 Parkers Fishery Road, Winton, North Carolina 27986.  In addition, I am requesting copies of **all** of the subsequent amendments to the 2000 contract.

- 1 -

05 1847
**FILED**
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**2.** Pursuant to 28 C.F.R. § 523.16 (Lump Sum Awards), this writer received a total of seven (7) lump sum awards. I am specifically requesting copies of the BP-A390.058 (Extra Good Time Recommendation) documents, as indicated below in the following sequence:

- A. January 7, 2004 (for 30 days);
- B. August 12, 2004 (for 15 days);
- C. September 30, 2004 (for 30 days);
- D. November 30, 2004 (for 15 days);
- E. December 7, 2004 (for 15 days);
- F. January 6, 2005 (for 20 days); and
- G. April 13, 2005 (for 15 days).

For additional information regarding the foregoing, see this writer's current BOP Sentence Monitoring Good Time Data.

**3.** Finally, I am seeking a copy of the BP-331(58) (Authorization To Receive Package or Property) that was executed **on** or **subsequent** to May 10, 2005, by:

1. Charles E. Forrester, Jr.;
2. J. Keel (medical staff); and
3. Officer M. Ambrose (the R & D officer that inspected and cleared the package on May 10, 2005).

See chiefly BOP program statement 5800.11, page 18, § 14 (Disclosure of Inmate Central File Material).

This request is presented to you in accordance with Title 5 U.S.C. § 552 (West. 1996) and 28 C.F.R. § 513.61(b) (2004). I am requesting that your office waive all costs for the searching and copying of the foregoing contract and BOP documents. See Title 5 U.S.C. § 552(a)(4)(A)(i) (West. 2004). Importantly, a response to this request for information is required within twenty (20) days. See Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2004), and 28 C.F.R. § 513.68 (2004).

Thank you for your cooperation in this matter.

Sincerely,

Charles E. Forrester, Jr.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. See Title 28 U.S.C. § 1746 (West. 1994).

Executed on 8/1/2005    /s/ Charles E. Forrester, Jr.

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Charles Forrester #09565-007S E-04

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.42 |

Postmark: WINTOM, NC AUG 1 2005

7002 3150 0004 2813 6139

Sent To: Wanda M. Hunt, BOP Office
Street, Apt. No.; or PO Box No.: 320 First St., N.W.
City, State, ZIP+4: Washington D.C. 20534

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Wanda M. Hunt
Chief, FOIA/PA Suction
FBOP
320 First St., N.W. R-843
HOLC Building
Washington, DC 20534

2. Article Number (Copy from service label)
7002 3150 0004 2813 6130

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
WANDA HUNT    8/5/05

C. Signature
X    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

- 3 -