UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES E. FORRESTER, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1847 (HHK) |
| | ) | |
| **BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7238

Dated:  October 14, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Charles E. Forrester, Jr.
>#09565-007
>POB 630
>Winton, N.C. 27986

on this 14th day of October, 2005.

>BENTON G. PETERSON
>Assistant United States Attorney
>Judiciary Center Building
>Civil Division
>555 4th Street, NW
>Washington, D.C. 20530