UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES E. FORRESTER, JR.,         )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )     Civil Action No. 05-1847 (HHK)
                                    )
BUREAU OF PRISONS,                  )
                                    )
                                    )
        Defendants.                 )
                                    )

**ANSWER TO COMPLAINT**

Defendant, by and through, the United States Attorney for the District of Columbia, hereby answers the complaint as follows:

AFFIRMATIVE DEFENSES

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to the specific allegations of the complaint, defendant states as follows:

The first unnumbered paragraph gives plaintiff's characterization of this action and statement of jurisdiction to which no response is required.

1. Defendant admits plaintiff is currently confined at Rivers Correctional Institution. Defendant denies the facility is under the control of the Federal Bureau of Prisons. Defendant avers that this facility houses federal inmates pursuant to a contract with the BOP.

2. Defendant admits plaintiff submitted a FOIA request dated August 1, 2005. Defendant does not have any information upon which to admit or deny the remainder of the allegations in paragraph 2.

3. Paragraph 3 contains 3 sub-paragraphs, in which defendant answers as follows:

(a) Defendant admits the allegations in sub-paragraph 3(a).

(b) Defendant denies the allegations in sub-paragraph 3(b). Defendant avers that the plaintiff's August 1, 2005 FOIA request received in the FOIA/PA Section contained only one page. Defendant further avers that this one page requested a copy of the contract between the Federal Bureau of Prisons and Wackenhut Corrections Corporation. Defendant fully intends to respond to plaintiff's request as recorded in this sub-paragraph (3(b)) of the complaint.

(c) Defendant denies the allegations in sub-paragraph 3(c). Defendant avers that the plaintiff's August 1, 2005 FOIA request received in the FOIA/PA Section contained only one page. Defendant further avers that this one page requested a copy of the contract between the Federal Bureau of Prisons and Wackenhut Corrections Corporation. Defendant fully intends to respond to plaintiff's request as recorded in this sub-paragraph (3(c)) of the complaint.

The remainder of paragraph 3 contains plaintiff's characterizations and legal argument to which no response is required. To the extent a response is deemed required, defendant denies the remainder of paragraph 3.

4. Defendant admits that as of this date, plaintiff has not been provided the requested documents. The remainder of paragraph 4 contains plaintiff's characterizations and legal argument to which no response is required. To the extent a response is deemed required, defendant denies the remainder of paragraph 4.

5. Paragraph 5 contains legal argument to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 5. Defendant further avers that

the contract records sought fall under 28 C.F.R. § 16.8, "Business Information." Defendant further avers that the records at issue are commercial or financial information obtained by the agency from a submitter that may be protected from disclosure under Exemption 4 of the FOIA.

    6. Paragraph 6 contains legal argument to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 6.

## PRAYER FOR RELIEF

    The remainder of the complaint is a demand for judgment and prayer for relief in the plaintiff's complaint, which requires no answer. To the extent that an answer is deemed required, defendant denies that the plaintiff is entitled to the relief requested or any relief whatsoever.

    Defendant denies each and every allegation set forth in plaintiff's complaint not specifically admitted herein.

    WHEREFORE, having fully answered, defendant respectfully requests that the Court dismiss the Complaint with prejudice and award defendant such further relief as the Court may deem appropriate.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                              _____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> Charles E. Forrester, Jr.
> #09565-007
> POB 630
> Winton, N.C. 27986

on this_30th_ day of November 2005.