# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **CHARLES E. FORRESTER, JR,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br><br>**Defendant.** |

**Civil Action 05-1847  (HHK)**

## ORDER

This matter is before the Court on defendant's answer to plaintiff's complaint.  Plaintiff seeks the release of information pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure Rule 26(f) are inapplicable.  *See* Local Civil Rule 16.3(b)(9).  Defendant seeks dismissal of the complaint but has not stated its intention to file a dispositive motion.  Accordingly, it is

ORDERED that within thirty (30) days of this Order, defendant shall file a dispositive motion or a proposed briefing schedule.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: December 13, 2005