UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
ANDREW JOHNSON                            )
                                          )
                    Plaintiffs            )
                                          )
                                          ) Civil Action No. 05-1847(HHK)
           v.                             )
                                          )
                                          )
U.S. DEPARTMENT OF THE AIR FORCE          )
                                          )
                                          )
                    Defendant.            )
_____)

PRAECIPE

Defendant respectfully request that the Clerk of the Court enter the appearance of

Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

____/s/_____
Benton G. Peterson, Wis. Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov