IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES E. FORRESTER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1847 (HHK) |

**Defendant's Proposed Briefing Schedule**

Pursuant to the Court's Order, dated December 13, 2005, Defendants' submit the following briefing schedule.  Plaintiff pro se prisoner who has filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq*., respectively.  On January 12, 2006 Defendant released the documents requested and asserted exemptions on portions of them.  Before Defendant files a motion for summary judgment, Defendant desires to provide Plaintiff with time to review the documents provided on January 12, 2006 to determine if the released documents with asserted exemptions  satisfy Plaintiff's request sufficient to moot this litigation.  To that end, Defendant proposes the following briefing schedule:

| | |
|---|---|
| Plaintiff's Notification to Defendant | January 31, 2006 |
| Defendant's Motion for Summary Judgment | March 1, 2006; |
| Plaintiff's Opposition | April 1, 2006; and |
| Defendant's Reply | April 15, 2006. |

Dated: January 13, 2006.

                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238

CERTIFICATE OF SERVICE

I certify that the foregoing **Proposed Briefing Schedule** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Charles E. Forrester, Jr.
#09565-007
POB 630
Winton, N.C. 27986

on this 13th day of January, 2006.

_____ BENTON G. PETERSON
Assistant United States Attorney