IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA


Charles E. Forrester, Jr.,
    Plaintiff,

v.                              Civil Action No. 05-1847 (HHK)

Bureau of Prisons,
    Defendants.


PLAINTIFF'S SUPPLEMENTAL NOTIFICATION TO
THE DEFENDANTS IN CONJUNCTION WITH THE
DEFENDANTS' PROPOSED BRIEFING SCHEDULE

    Comes now the Plaintiff, Charles E. Forrester, Jr., moving pro se, and hereby respectfully submits his notification to the defendants in response to their January 13, 2006 proposed briefing schedule which has been accepted by the district court. In support of this supplement, Plaintiff avers that he is not wholly satisfied with the supplemental information released to him by the Federal Bureau of Prisons, for the reasons stated below:

    1.    On February 6, 2006, Plaintiff received a supplemental release of information from the Federal Bureau of Prisons' ("BOP")

- 1 -

RECEIVED
FEB 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOIA/Privacy Act office regarding Plaintiff's August 1, 2005 Freedom of Information Act ("FOIA") request.

2. Within the BOP's February 3, 2006 cover letter, they claim that on January 12, 2006, the BOP responded to my August 1, 2005 FOIA request by "...releasing all but forty-five(45) pages, which pertain to the contract". Now, the BOP has released "an additional twenty-one (21) pages of the contract" to the plaintiff. See the attached BOP cover letter.

3. The BOP's claim that they have released all but forty-five (45) pages of the contract to Plaintiff is completely misleading.

4. On page 2, paragraph 5 of Plaintiff's initial notification to the Defendants, he asserted that the BOP "withheld the entire original contract, number J1PCc-005...". See id. Thus, at this juncture, Plaintiff has been provided with a small portion of the contract, which consists of what appears to be four (4) pages of the Contract Requirements, two (2) pages of a Performance Rating Table, and fifteen (15) pages of the Federal Bureau of Investigation Criminal Justice Information Services Security Addendum.

5. The original March 7, 2000 contract, J1PCc-005, which was assigned solicitation number RFP PCC-0004 should total 181 pages. It is apparent that the BOP is withholding a substantial portion of the contract from plaintiff without justification.

6.  At this point and time it appears that the BOP has every intention of piecemealing Plaintiff's August 1, 2005 FOIA request, while still ultimately failing to fulfill that request. Perhaps it may be that the Court will need to be called upon to conduct a prospective in camera inspection of the original March 7, 2000 contract in order to determine the amount of reasonably segregable non-exempt information that should be relinquished to the Plaintiff.

7.  Within Plaintiff's initial notification to the Defendants, he outlines some of the information that should be released to him. See page 2, paragraph 5 of Plaintiff's initial notification to the Defendants. With the exception of Letter H (Special Contract Requirements), the information identified in alphabetical order within paragraph 5 should be released without further delay. See Title 5 U.S.C. § 552(b) ("any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt under this subsection").

8.  The BOP has unjustly withheld a substantial portion of the contract, notwithstanding their letter which stated, "twenty-one (21) pages of the contract are being released...". The question is "Why?" Thus, Plaintiff's request for the contract has not been sufficiently satisfied to moot this litigation.

Respectfully submitted,

_____
Charles E. Forrester, Jr.
Pro se
Fed. Reg. No. 09565-007
P.O.Box 630 / Unit C
Winton  NC  27986-0630


### CERTIFICATE OF SERVICE

This is to certify that I have this __8__ day of February 2006 served a copy of the foregoing upon the below-listed party by placing the same in the Rivers Correctional Institution prison mail box, addressed as follows:

>Benton G. Peterson
>Assistant United States Attorney
>555 4th Street  NW
>Civil Division
>Washington  DC  20530

_____
Charles E. Forrester, Jr.
Pro se


I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief. See Title 28 U.S.C. § 1746.

Executed on: __2/8__/2006

_____
Charles E. Forrester, Jr.

- 4 -

**U.S. Department of Justice**

Federal Bureau of Prisons

---

Washington, DC 20534

February 3, 2006

Charles Forrester
Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841 HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:   Request No. 05-08231, Supplemental Release

Dear Mr. Forrester:

This is in further response to your August 1, 2005, Freedom of Information Act request wherein you sought a copy of contract number J1PCc-005 and any subsequent amendments, documents concerning good-conduct time recommendations, and a Authorization To Receive Package or Property form.

On January 12, 2006, this office responded to your request, releasing all but forty-five (45) pages, which pertain to the contract. After further review, an additional twenty-one (21) pages of the contract are being released in their entirety and are enclosed herein.

We trust this information is of assistance to you.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures: 21 pages