UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Charles E. Forrester, Jr         )
                                 )
        Plaintiff,               )
                                 )
        v.                       ) Case Number: 05-1847
                                 )
Bureau of Prisons                )
                                 )
        Defendant.               )
_____                    )

## DECLARATION OF WILSON J. MOORER

1. I, Wilson J. Moorer, do hereby declare and state the following:

I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Freedom of Information Act/Privacy Act (FOIA/PA) Section, in the Bureau's Central Office. In this position, I have access to the records of requests made pursuant to the FOIA/PA. I base this declaration on the research I conducted for the FOIA request from the Plaintiff, Charles E. Forrester, Jr.

2. On February 3, 2006, the Bureau's FOIA/PA Section effected a supplemental release in Request Number 2005-08231. The supplemental release noted that forty-five pages (45) pertaining to contract number J1PCc-005 had been initially withheld from release on January 12, 2006. The supplemental release indicated that upon subsequent review, twenty-one of those pages should be released.

The release was effected at that time. As a result, a total of twenty-four pages of the contract were withheld.

3. The Bureau FOIA/PA Office operates a paperless office. Outgoing letters are saved directly to the data system prior to signature. Though they are not saved on letterhead or with a signature, they are saved in final format in relation to content. Attached is a true and correct copy of the supplemental response as retrieved from the data system.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this ___15___ day of ___March___, 2006.

_____
Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons

Attachment 1

February 3, 2006

Charles Forrester
Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841 HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:  Request No. 05-08231, Supplemental Release

Dear Mr. Forrester:

    This is in further response to your August 1, 2005, Freedom of Information Act request wherein you sought a copy of contract number J1PCc-005 and any subsequent amendments, documents concerning good-conduct time recommendations, and a Authorization To Receive Package or Property form.

    On January 12, 2006, this office responded to your request, releasing all but forty-five (45) pages, which pertain to the contract.  After further review, an additional twenty-one (21) pages of the contract are being released in their entirety and are enclosed herein.

    We trust this information is of assistance to you.

                                Sincerely,

                                Wanda M. Hunt
                                Chief, FOIA/PA Section

Enclosures: 21 pages

U.S. Department of Justice

Attachment 2

Federal Bureau of Prisons

---

Washington, DC 20534

January 12, 2006

Charles Forrester
Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841 HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:   Request No. 05-08231

Dear Mr. Forrester:

This is in response to your August 1, 2005, Freedom of Information Act request wherein you sought a copy of contract number J1PCc-005 and any subsequent amendments, documents concerning good-conduct time recommendations, and a Authorization To Receive Package or Property form.

In response to your request, a copy of contract J1PCc-005 and all subsequent amendments consisting of one hundred three (103) pages; fifteen (15) pages of good-conduct time documents; and a one (1) page form were sent to this office for a release determination. After a careful review, we have determined that fifty-eight (58) pages of the contract and amendments, all 15 pages of the good-conduct time recommendations and the 1 page package authorization form can be released in their entirety. These seventy-four (74) pages are enclosed.

The remaining forty-five (45) pages of the contract and amendments are being withheld in their entirety as they contain information that is related solely to the internal practices, the release of which could risks circumvent of laws or agency regulations, commercial or financial information obtained from a person and privileged or confidential, the release of which could cause competitive harm to the submitter, and information that is part of the deliberative process and contains frank and open communication concerning the policies and procedures, the release of which would tend to inhibit these discussions. The statutory basis for these withholdings are 5 U.S.C. 552(b)(2), (b)(4) and (b)(5).

Exhibit ONE

    We trust this information is of assistance to you. However, pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530. Both the envelope and appeal letter should be marked "Freedom of Information Act Appeal."

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures