UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES E. FORRESTER, JR. :
:
      Plaintiff, :
:
      v. : Case No. 05:1847 (HHK)
:
:
BUREAU OF PRISONS :
:
:
      Defendant. :

## VAUGHN INDEX

| Document Number | Number of Pages | Description | Basis for Exemption |
|---|---|---|---|
| 1 | 11 | Modifications to Contract J1PCc-005, numbered 025, 026, 030, 031, 032, and 034, detailing pricing information. | Withheld these 11 pages in full under (b)(4), as the release could cause competitive harm to the submitter of the information. |
| 2 | 4 | Staffing levels and shift schedule information for staff at the correctional institution where the requesters is currently incarcerated. | Withheld these 4 pages in full under (b)(2) as the release could risk circumvention of security at the prison should inmates or others learn how many staff are working are working on a particular shift and under (b)(4) as the release could cause competitive harm to the submitter of the information. |

| 3 | 9 | Modification to Contract J1PCc-005, numbered 029, detailing computer information systems operating requirements. | Withheld these 9 pages in full under (b)(2) as the release could risk circumvention of security at the prison, by allowing inmates and others to learn of key components and operating procedures for the computers. |