IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARGES E. FORRESTER, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1847 (HHK) |
| ) | |
| **BUREAU OF PRISONS,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

UPON CONSIDERATION of Motion for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this

____day of _____, 2006,

ORDERED, that Plaintiff's amended complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Benton G. Peterson
Assistant United States Attorney
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530