# CONTRACT AWARD

| PAGE | OF | PAGES |
|---|---|---|
| 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE N/A | 6. ADMINISTERED BY (if other than Item 5) | CODE N/A |
|---|---|---|---|
| Federal Bureau of Prisons<br>320 First Street NW Room 500-6<br>Washington, DC 20534<br>Scott P. Stermer, Contracting Officer<br>(OMB #1103-0018 EXP 02/28/01) | | Same Block 5 | **ORIGINAL** |

| 7. NAME AND ADDRESS OF CONTRACTOR | CODE | | 8. PAYMENT WILL BE MADE BY |
|---|---|---|---|
| Wackenhut Corrections Corporation<br>4200 Wackenhut Drive<br>Palm Beach Gardens, FL 33410 | | | Federal Bureau of Prisons<br>Mid-Atlantic Region<br>Junction Business Park<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>Regional Comptroller |

| 9A. DUNS NUMBER | 9B. TAXPAYER'S IDENTIFICATION NO. | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|
| 61270645 | 650043078 | [X] ITEM 5  [ ] ITEM 6  [ ] ITEM 8  [ ] OTHER (Specify) |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 14 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

**12. BRIEF DESCRIPTION**
Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

**13. TOTAL AMOUNT OF CONTRACT**   $91,890,622.95  (FP01009T120M)

**14. CONTRACTOR'S AGREEMENT.** Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

**15. AWARD.** The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

[X] A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

| B. SIGNATURE OF PERSON AUTHORIZED TO SIGN | A. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
|---|---|
| *[signature]* | *[signature]* |
| C. NAME OF SIGNER<br>Wayne A. Calabrese | B. NAME OF CONTRACTING OFFICER<br>Scott P. Stermer, Contracting Officer |
| D. TITLE OF SIGNER<br>President | |
| DATE<br>2/22/2000 | C. DATE<br>3/7/2000 |

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)

Exhibit C

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  I.  INTRODUCTION

2  The National Capital Revitalization and Self-Government
3  Improvement Act of 1997 mandates that the Bureau of Prisons house
4  a portion of the District of Columbia sentenced felon population
5  in private contract facilities.

6  The Bureau of Prisons has proceeded to comply with this mandate
7  by identifying the appropriate populations to fulfill the
8  requirement from the overall District of Columbia sentenced felon
9  population.

10 The attached SOW identifies the technical and programmatic
11 details for a low security adult male population.

1

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1   II.   EXPLANATION OF STATEMENT OF WORK TERMS

2   ACA - American Correctional Association. The private, nonprofit
3   organization that administers the only national accreditation
4   program for all components of adult and juvenile corrections.
5   Its purpose is to promote improvement in the management of
6   correctional agencies through the administration of a voluntary
7   accreditation program and the ongoing development and revision of
8   relevant, useful standards.

9   BOP - Federal Bureau of Prisons.

10  BOPDOCS - The electronic document management system for the BOP
11  containing policy, regulations and directives.

12  CO - Contracting Officer. The Government employee, by virtue of
13  a Contracting Officer's Warrant, empowered to negotiate, award,
14  administer, cancel or terminate contracts on behalf of the United
15  States Government.

16  Contract Award - The date the CO awards the contract. For the
17  purposes of the contract, the date the CO signs the Standard Form
18  (SF) 33, Solicitation, Offer and Award or the SF 26, Contract
19  Award.

20  COR - Contracting Officer's Representative. The Government
21  employee designated in writing by the CO authorized to perform
22  certain limited functions on behalf of the CO. The extent of COR
23  responsibilities are outlined in Section G of the contract and
24  the COR Designation Letter, a copy of which will be provided to
25  the contractor subsequent to contract award.

26  COTR - Contracting Officer's Technical Representative.
27  Government staff designated in writing by the CO who assist the
28  COR in the performance of duties. The extent of COTR
29  responsibilities are delineated in writing by the CO and will be
30  provided to the contractor subsequent to award.

31  Credentials - Documents providing primary source verification
32  including education, training, licensure, experience, board
33  certification and qualifications of an employee.

34  DC - District of Columbia.

35  DCDOC - District of Columbia Department of Corrections.

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1. DOJ - Department of Justice.

2. DHO - Discipline Hearing Officer. The Government-trained
3. contractor employee responsible for conducting discipline
4. hearings.

5. Emergency - Any significant disruption of normal institution
6. procedure, policy or activity including but not limited to:
7. inmate disturbances; work or food strike; food borne illness;
8. escape; fire; natural disaster; or other serious incident.

9. FBI - Federal Bureau of Investigation.

10. Former Inmate - A person who has been found guilty of committing
11. a felony or misdemeanor for whom less then one year has elapsed
12. since release from custody or any type of supervision.

13. HSU - Health Services Unit. The organizational unit providing
14. routine and emergency health care. The HSU is the designated
15. part of the institution delivering care to inmates on an
16. ambulatory or observation basis.

17. Inmate - An individual confined under the auspices and authority
18. of the BOP or under supervision of a Federal court.

19. Inmate Records - Information concerning an inmate's personal,
20. criminal and medical history, behavior and activities while in
21. custody. This may include, but is not limited to: detainers;
22. personal property receipts; visitor lists; photographs;
23. fingerprints; disciplinary infractions and actions taken;
24. grievance reports; work assignments; program participation;
25. miscellaneous correspondence; forms prescribed by Government
26. policy, etc.

27. JCAHO - Joint Commission on Accreditation of Health Care
28. Organizations.

29. Lethal Force - The force a person uses with the purpose of
30. causing/or which they know, or should know, would create a
31. substantial risk of causing death or serious bodily harm.

32. NTP - Notice to Proceed. The written official notice signed by
33. the CO which authorizes the contractor to proceed with the
34. contract. The contractor shall begin accepting inmates within 30
35. days after issuance of the NTP.

3

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

OAR - Operational Availability Rate. The monthly rate for computer services/resource components which is a percentage calculated by dividing the accumulated monthly down time hours by the total number of hours of operation for a given month.

Prime Contractor - The entity to which the Government has awarded the contract.

Professional Staff - Staff employed in the Medical, Educational, Religious and Psychological disciplines.

P.S. - Program Statement. A BOP written directive that establishes policy in a given area.

Safety Equipment - Including but not limited to fire fighting equipment (e.g., chemical extinguishers, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers) and alarm systems.

Sensitive Information - Any information which could affect the national interest, law enforcement activities, the conduct of Federal programs or the privacy to which individuals are entitled under Section 552a of Title 5, U.S.C.

SENTRY - The BOP's on-line, real time data base system, used primarily for maintaining information about Federal inmates. It contains information about sentencing, work assignments, admission/release status and other special assignments for monitoring inmate status. The SENTRY system also includes property management and other modules which address most aspects of incarceration.

Subcontract - Any agreement entered into by the prime contractor with another entity to provide services and supplies to accomplish performance of the contract.

USMS - United States Marshals Service.

Warden - The contractor's official, regardless of title (e.g., Chief Executive Officer (CEO) or Facility Administrator) who has ultimate responsibility for the overall management and operation of the institution.

Additional definitions are contained in the ACA Standards for Adult Correctional Institutions.

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1   III. OBJECTIVE

2   A.  Performance Requirements

3   This SOW sets forth the contract performance requirements for the
4   comprehensive management and operation of a contractor-owned/
5   contractor-operated corrections facility for a low security adult
6   male population.

7   Housing facilities shall be provided to accommodate at least
8   1,200 low security beds at a single site.  In addition, the
9   institution shall include a special housing unit (segregation)
10  with a capacity of at least 10% of the institution's rated
11  capacity.

12  The contractor shall ensure that the institution is operated in a
13  manner consistent with the mission of the BOP.  It is the mission
14  of the BOP to protect society by confining offenders in the
15  controlled environments of prison and community-based facilities
16  that are safe, humane, cost-efficient, and appropriately secure,
17  and that provide work and other self-improvement opportunities to
18  assist offenders in becoming law-abiding citizens.

19  The institution shall be located within a 300 mile radius of the
20  United States Capitol, Washington, D.C.

21  Contract performance shall be for a three-year base period with 7
22  one-year options, exercised unilaterally by the Government, for a
23  potential term of ten years.

24  Within 365 days following contract award, the contractor shall
25  notify the CO it is ready to accept inmates and assume full
26  responsibility for the operation, maintenance and security of the
27  institution.

28  It is essential that the contractor be fully prepared to accept
29  responsibility for performing the requirements of the contract,
30  thus ensuring the safety and security of the community.
31  Therefore, the BOP will perform numerous assessments to ensure
32  contract compliance prior to issuance of the NTP (See Contract
33  F.2).

34  Unless otherwise specified, all plans, policies and procedures,
35  including those identified in the ACA standards, shall be
36  developed by the contractor and submitted in writing to the CO

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

for review and concurrence prior to issuance of the NTP. Once concurrence has been granted, these plans, policies and procedures shall not be modified without the prior written acknowledgment of the CO.

If the BOP determines the contractor is capable of accepting inmates, the NTP will be issued. The contractor shall begin accepting inmates within 30 days after issuance of the NTP.

It is anticipated that the BOP will predominantly designate individuals committed as DC sentenced felons to the institution. <u>However, the BOP may designate any inmate within its custody utilizing the same designation criteria as used at other BOP facilities.</u> P.S. 5100.06, <u>Security Designation and Custody Classification Manual,</u> outlines the procedures for designating inmates.

Designations to the institution are anticipated to occur at an estimated rate of 40 inmates per week. The estimated weekly designation of 40 inmates to the institution will result in the population meeting the 1,200 bed requirement in 30 weeks. The institution designation schedule of 40 inmates per week is an estimate only. Actual designations will depend upon many factors, including but not limited to, the contractor's ability to provide services in accordance with the SOW; the sentencing of offenders by the DC and Federal Courts; the designation of offenders by the BOP.

Unless otherwise indicated, the contractor shall furnish all personnel, management, equipment, supplies and services necessary for performance of all aspects of the contract.

Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

B. Contract Compliance

All services and programs shall comply with the SOW; the U.S. Constitution; all applicable Federal, state and local laws and regulations; applicable Presidential Executive Orders (E.O.); all applicable case law, consent decrees, and Court Orders. Should a conflict exist between any of the aforementioned standards, the most stringent shall apply. When a conflict exists and a conclusion cannot be made as to which standard is more stringent,

6

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  the CO shall determine the appropriate standard. The contractor
2  shall comply with and implement any applicable changes to BOP
3  policy, DOJ regulations, Congressional mandate, Federal law, DC
4  law, or E.O. Should the Government invoke such changes the
5  contractor retains its rights and remedies under the terms and
6  conditions of the contract.

7  The BOP reserves its rights to conduct announced and unannounced
8  inspections of any aspect of contract performance at any time and
9  by any method in order to assess contract compliance.

10  C. General Administration

11  Unless otherwise specified by the CO, the contractor is required
12  to perform in accordance with the most current edition of the ACA
13  <u>Standards for Adult Correctional Institutions</u> and <u>Standards</u>
14  <u>Supplement</u>.

15  The contractor shall obtain ACA accreditation within 24 months of
16  NTP and shall maintain continual compliance with the above
17  referenced ACA standards and supplements during performance of
18  the contract, unless otherwise specified by the BOP. Once full
19  accreditation has been obtained, the contractor shall maintain
20  this accreditation throughout the life of the contract, inclusive
21  of any option year exercised. Failure to perform in accordance
22  with contract requirements and to obtain ACA accreditation within
23  24 months of NTP will, at a minimum, result in a reduction of the
24  contract price.

25  Accomplishment of some ACA standards is augmented by BOP policy
26  and/or procedure. In these instances, the SOW identifies and
27  provides direction for the enhanced requirements.

28  The contractor is responsible for a Quality Control Program (QCP)
29  which ensures all requirements of this SOW are achieved. The
30  specific requirements for the QCP are detailed in Section J,
31  Attachments 2, 3, and 4 of the contract.

32  Several sections of this SOW require the contractor to maintain a
33  system of records identical to the BOP's. The contractor shall
34  not establish a separate system of records without prior written
35  concurrence by the CO. This requirement is necessary to maintain
36  consistency of inmate records as inmates transfer throughout the
37  BOP.