| | RIVERS CORRECTIONAL INSTITUTION<br>POLICY and PROCEDURE MANUAL | NUMBER:<br>RCI-02.008 |
|---|---|---|
| <br>The GEO Group, Inc. | CHAPTER:    Fiscal Management<br><br>TITLE: Inmate Work & Performance Pay<br>   Program<br><br>RELATED ACA STANDARDS: 4-4461; 4-4451 | Revision Date:<br>02/22/05 |

I. **PURPOSE:**
The Rivers Correctional Institution operates an inmate work program within its institution.

II. **AUTHORITY:**
RCI Contract No. J1PCc-005
P.S. 5251.05

III. **APPLICABILITY:**
All GEO Group, Inc., Rivers Correctional Institution staff.

IV. **DEFINITIONS:**
Physically or Mentally Able: This shall include inmates with disabilities who, with or without reasonable accommodation, can perform the essential function of the work assignment.

Institution Work Assignment: A work assignment which contributes to the day-to-day operation of the institution. (Food service, maintenance, etc.)

Full-time Work Assignment: A work assignment to which an inmate is assigned for the entire scheduled work day.

Part-time Work Assignment: A work assignment to which an inmate is assigned for only a portion of the scheduled work day. Part-time work assignments are ordinarily made in conjunction with education, and/or vocational training programs.

Medically Unassigned: An inmate who, because of medical restriction, is unable to be assigned to any work program.

Light Duty Work Assignment: A work assignment in which an inmate may, because of physical limitations, temporary or other wise, only perform limited work functions; such as limited standing, no lifting over specified weight.



Exhibit D

# RIVERS CORRECTIONAL INSTITUTION

| POLICY NUMBER: RCI-03.006 REVISION DATE: 02/10/04 | ACA STANDARD(S): 4-4063 |
|---|---|
| PAGES: 3 | REFERENCES: SOW - Employee Conduct BOP PS 3735.04 - Section 13 RCI Policy #08.030, IONSCAN |
| Chapter:       Personnel | Subject: Drug Free Work Place |

I. **PURPOSE:**
   To provide a written policy and procedure that specifies support for a drug-free work place for all employees.

II. **AUTHORITY:**
   RCI Contract J1PCc-005
   P.S. 3735.04 Drug Free Workplace, Section 13
   GEO Group, Inc. Policy and Procedure 3.2.6
   RCI Policy No. 08.030, IONSCAN

III. **APPLICABILITY:**
   All Institution employees, particularly senior and supervisory personnel.

IV. **POLICY:**
   There is a written policy and procedure that specifies support for a drug-free workplace for all employees. This policy, which is reviewed at least annually, includes at a minimum the following information:

   - prohibition of the use of illegal drugs
   - prohibition of possession of any illegal drug except in the performance of official duties
   - the procedures to be used to ensure compliance
   - the opportunities available for treatment and/or counseling for drug abuse
   - the penalties for violation of this policy [4-4063].

   The use of illegal drugs or narcotics or the abuse of any drug or narcotic is strictly

# RIVERS CORRECTIONAL INSTITUTION

| POLICY NUMBER: RCI-10.001 | ACA STANDARD(S): 4-4226; 4-4227; 4-4228; 4-4229; 4-4230; 4-4231; 4-4232; 4-4233; 4-4234; 4-4235; 4-4236; 4-4237; 4-4238; 4-4239; 4-4240; 4-4241; 4-4242; 4-4243; 4-4244; 4-4245; 4-4246; 4-4247; 4-4248 |
|---|---|
| REVISION DATE: 08/12/04 | |
| PAGES: 5 | REFERENCES: SOW Section L. PS 5270.07 |
| Chapter: Rules and Discipline | Subject: Inmate Rules and Discipline |

I. **PURPOSE:**
   To establish and describe the disciplinary system that will be utilized at the Rivers Correctional Institution to enforce Institutional Rules and Regulations, so that inmates may live in a safe and orderly environment.

II. **AUTHORITY:**
   RCI Contract No. J1PCc-005
   P.S. 5270.07 Discipline and Special Housing Units

III. **APPLICABILITY:**
   Rivers Correctional Institution Staff and Inmates.

IV. **DEFINITIONS:** None

V. **POLICY:**
   RCI's disciplinary rules and procedures shall be in accordance with the policy and procedures for inmate discipline as contained in 28 CFR 541 and BOP P.S. 5270.07, Discipline and Special Housing Units. RCI's Disciplinary Hearing Officer and alternate shall be trained and certified by BOP. Data regarding the discipline incident report process shall be entered into SENTRY. The DHO is responsible for SENTRY data entry for all major disciplinary reports. The Unit Disciplinary Committee (UDC) is responsible for SENTRY data entry for all minor disciplinary reports.

|  | Rivers Correctional Institution<br>POLICY and PROCEDURE MANUAL<br><br>CHAPTER: Inmate Rights<br><br>TITLE: Administrative Remedy Procedure<br><br>RELATED ACA STANDARDS: 4-4284 | NUMBER:<br>12.006<br><br>Revision Date:<br>08/20/05 |
|---|---|---|

I. PURPOSE:
To establish guidelines and procedures for inmates seeking formal review of issues which relate to any aspect of their confinement.

II. AUTHORITY: RCI Contract No. J1PCc-005

III. APPLICABILITY: All inmates and staff.

IV. DEFINITIONS:

<u>Emergency Request</u>: Issues of an emergency nature which threatens the inmate's immediate health or welfare. Emergency Request are determined by the Administrative Remedy Coordinator.

<u>Complaints</u>: A formal complaint is limited to matters affecting the complaining inmate personally and to matters for which the Bureau of Prisons (BOP) or Rivers Correctional Institution (RCI) has authority to remedy through this Administrative Remedy Process.

<u>Institution Administrative Remedy Coordinator</u>: A staff member designated by the Warden to monitor the proper handling of inmate requests. The Coordinator shall log and track all administrative remedies accepted for processing to ensure timely responses are provided. The Coordinator will serve as the primary point of contact for the Warden or Regional Administrative Remedy Coordinator.

<u>Attempt at Informal Resolution, RCI Step 1 and RCI Step 2 forms</u>: Forms utilized in filing a formal complaint concerning matters related to the Rivers Correctional Institution policies, procedures, practices, and employees.

<u>BOP Contract Administrator</u>: The onsite Bureau of Prisons representative will review and respond to Bureau of Prisons matters (e.g. sentence computation, designation and transfer issues and prior custody issues).