IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHARLES E. FORRESTER, JR.,
    Plaintiff,

v.                                    Civil Action No. 05-1847(HHK)

BUREAU OF PRISONS,
    Defendant.


### FORRESTER'S AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Charles E. Forrester, Jr., being duly sworn, deposes and says:

1. I am the plaintiff in the above-captioned case. I make this affidavit in support of my opposition to the defendants' motion for summary judgment.

2. On August 1, 2005, I submitted a three (3) page, three (3) part Freedom of Information Act ("F.O.I.A.") request, declared and signed, and dated August 1, 2005, to Wanda M. Hunt, Chief of the Federal Bureau of Prison's FOIA/PA Section.

3. The three-page F.O.I.A. request was received at the BOP's

- 1 -


Exhibit E

FOIA office on August 8, 2005, via the United States Postal Service's certified mail number 7002 3150 0004 2813 6130.

4. A response to my F.O.I.A. request was due on or about September 6, 2005.

5. As of today, I swear that the BOP's FOIA/Privacy Act Section has produced not more than twenty-one (21) pages of the contract to me.

6. Plaintiff avers that the BOP has withheld 160 pages of the 181-page original contract of March 7, 2000, and has done so with no legal justification.

7. Plaintiff avers that his pending F.O.I.A. complaint and his opposition to the defendants' Motion For Summary Judgment have enough merit to prevent an entry of summary judgment for the defendants.

8. Plaintiff swears that his pending F.O.I.A. complaint and the opposition to the defendants' motion for summary judgment is neither a sham nor dilatory.

Date: 3/13/2006

*[signature]*
Charles E. Forrester, Jr.
Pro se
Fed. Reg. No. 09565-007
P.O. Box 630
Winton   NC   27986-0630



Sworn to before me this
13th day of March 2006

*[signature]* Deanna W. Bissett
NOTARY PUBLIC
My Commission expires 10-05-2010

- 3 -