IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHARLES E. FORRESTER, JR.,
     Plaintiff,

v.                                    Civil Action No. 05-1847(HHK)

BUREAU OF PRISONS,
     Defendant.


PLAINTIFF'S MOTION REQUESTING THE COURT
TO CLARIFY THE "NOTICE OF ELECTRONIC FILING"
OF MARCH 23, 2006


   Comes now the plaintiff, Charles E. Forrester, Jr., moving **pro se**, and hereby respectfully requests this Court to clarify its March 23, 2006 "Notice of Electronic Filing". In support of this motion, plaintiff states as follows:

   1. On March 14, 2006, plaintiff submitted to this Court a seventeen (17) page opposition to the defendants' motion for summary judgment, via certified mail no. 7002 3150 0004 2812 0245.

   2. On March 29, 2006, plaintiff received a one (1) page "Notice of Electronic Filing", dated March 23, 2006, from the Court,

- 1 -

RECEIVED
APR 03 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

which states:

> "Order allowing plaintiff to supplement his opposition, if he so intends in light of the advisements provided therein, by April 17, 2006."

<u>See</u> the attached copy of the March 23, 2006 "Notice of Electronic Filing". The Court is advised that plaintiff has not received any form of a pleading from the defendants subsequent to their Motion for Summary Judgment.

3. The Court's March 23, 2006 notice has completely confused plaintiff, especially in light of the fact that plaintiff has not requested the Court to allow him to supplement his March 13, 2006 opposition.

4. Plaintiff is really baffled by the Court's language to the effect that, "...if he so intends in light of the advisements provided therein, by April 17, 2006."

Plaintiff does not understand the Court's notice at this juncture, and is not clear as to whether it represents an order or not. Plaintiff hereby respectfully requests the Court, prior to April 17, 2006, to please provide plaintiff with clarification regarding its March 23, 2006 "Notice of Electronic Filing".

Respectfully submitted,

*[signature]*

Charles E. Forrester, Jr.
Fed. Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630 / Unit C4
Winton   NC   27986-0630


**CERTIFICATE OF SERVICE**


This is to certify that I have this 29 day of March 2006 served a copy of the foregoing upon the below-listed party by placing the same in the Rivers Correctional Institution prison mail box, addressed as follows:

Benton G. Peterson
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington   DC   20530

/s/ *[signature]*

Charles E. Forrester, Jr.
Pro se


I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.  **See** Title 28 U.S.C. § 1746.

Executed on: 3/29/2006     *[signature]*

Charles E. Forrester, Jr.

- 3 -



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
| 03/23/2006 10:47 AM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:05-cv-01847-HHK FORRESTER v. FEDERAL BUREAU OF PRISONS "Fox/Neal Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from ah, entered on 3/23/2006 at 10:47 AM EDT and filed on 3/23/2006

**Case Name:**        FORRESTER v. FEDERAL BUREAU OF PRISONS
**Case Number:**      1:05-cv-1847
**Filer:**
**Document Number:**  16

**Docket Text:**
Order allowing plaintiff to supplement his opposition, if he so intends in light of the advisements provided therein, by April 17, 2006. Signed by Judge Henry H. Kennedy on 3/23/06. (ah)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\DOCS\Forrester.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/23/2006] [FileNumber=1057952-0]
[6ef73e1b4ce8831e3fbbce1d3e940b4c1fa867da9445be58c411bc033625ac97bf17
44156f2dc1d05c934da1ea127b58f53f8f09cf21d9362c529338a4e8c937]]

**1:05-cv-1847 Notice will be electronically mailed to:**

Benton Gregory Peterson    benton.peterson@usdoj.gov, duvall.cori@usdoj.gov

**1:05-cv-1847 Notice will be delivered by other means to:**

CHARLES E. FORRESTER, JR