UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES E. FORRESTER, JR.,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**BUREAU OF PRISONS,** )<br>)<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 05-1847 (HHK) |

### **DEFENDANT'S NOTICE OF FILING EXHIBIT**

On May 2, 2006, Defendant filed a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. The reply motion refers to the Declaration of Ron Hill (exhibit 1). Attached to this Notice is the Declaration of Ron Hill referred to in Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

Dated: May 3, 2006

                                    Respectfully submitted,

                                    _____
                                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                    United States Attorney

                                    _____
                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney

-1-

                                                _____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing has been made by mailing a copy thereof to:

CHARLES E. FORRESTER, JR
R 09565-007
RIVERS CORRECTIONAL INSTITUTION
P.O. Box 630
Winton, NC 27986-0630
PRO SE

on this ___ day of May  2006.

_____
BENTON G. PETERSON
Assistant U.S. Attorney

-3-