*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

| | | |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | EXPLANATION OF STATEMENT OF WORK TERMS | 2 |
| III. | OBJECTIVE | 5 |
| | A. Performance Requirements | 5 |
| | B. Contract Compliance | 6 |
| | C. General Administration | 7 |
| | D. Fiscal Management | 9 |
| | E. Personnel | 10 |
| | F. Training and Staff Development | 17 |
| | G. Case Records | 19 |
| | H. Information Systems and Research | 19 |
| | I. Physical Plant | 22 |
| | J. Security and Control | 25 |
| | K. Safety and Emergency Procedures | 29 |
| | L. Discipline | 30 |
| | M. Inmate Rights | 30 |
| | N. Reception and Orientation | 31 |
| | O. Classification | 32 |
| | P. Health/Mental Health Care | 32 |
| | Q. Social Services | 36 |
| | R. Work and Correctional Industries | 36 |
| | S. Academic and Vocational Education | 37 |
| | T. Recreation and Activities | 38 |
| | U. Telephone | 38 |

EXHIBIT ONE

Part III - - List of Documents, Exhibits and Other Attachments
Section J - List of Attachments

| Attachment No. | Title | No. of Pages |
|---|---|---|
| 1 | Wage Determination Rate Number: *94-2401, Rev. 10* | 9 |
| 2 | Evaluation Techniques for Quality Assurance of Contractor Performance | 3 |
| 3 | Performance Requirements Summary | 5 |
| 4 | Contractor Quality Control | 4 |
| 5 | Award Fee Determination Plan | 12 |
| 6 | Standards of Employee Conduct and Responsibility | 5 |
| 7 | Scope and Coverage of LBI and Reinvestigation | 4 |
| 8 | Adjudication Standards for Resolving LBI and Periodic Reinvestigation | 6 |
| 9 | Not Used | |
| 10 | Small Business Subcontracting Plan | 13 |
| 11 | Not Used | |
| 12 | Not Used | |
| 13 | Not Used | |
| 14 | Security Door and Hardware Requirements | 20 |
| 15 | Information Systems | 3 |
| 16 | Procedural Guidance for Complying with National Environmental Policy Act Requirements | 10 |
| 17 | Y2K Certification | 1 |
| | | |
| | | |
| | Total Pages | 95 |

EXHIBIT TWO

**U.S. Department of Justice**

Federal Bureau of Prisons

APR 26 2006

*Washington, DC 20534*

Benjamin Hamilton
Register Number 32071-007
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986-0630

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE: Request for Information, FOIA Request No. 2006-04327

Dear Mr. Hamilton:

This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001**. Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

**EXHIBIT THREE**

Page 2
Benjamin Hamilton
FOIA Request Number 2006-04327

    I trust this has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File

**U.S. Department of Justice**

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

| | |
|---|---|
| Sylvester Redd, Jr.<br>Register Number 41531-037<br>Rivers Correctional Institution<br>P.O. Box 630<br>Winton, North Carolina 27986-0630 | For Further Inquiry Contact:<br>Federal Bureau of Prisons<br>320 First Street. N.W.<br>Room 841, HOLC Building<br>Washington, D.C. 20534<br>Attn: FOIA/Privacy Act Office |

RE:   Request for Information, FOIA Request No. 2006-04333

Dear Mr. Redd:

   This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

   We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

   In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

   Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

   Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Sylvester Redd, Jr.
FOIA Request Number 2006-04333

    I trust this has been responsive to your request.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

                                Sincerely,

                                Wanda M. Hunt
                                Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File

**U.S. Department of Justice**

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

Gerald L. Marshall, II
Register Number 08573-007
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986-0630

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE: Request for Information, FOIA Request No. 2006-04035

Dear Mr. Marshall:

This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Gerald L. Marshall, II
FOIA Request Number 2006-04035


    I trust this has been responsive to your request.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

                                              Sincerely,

                                              Wanda M. Hunt
                                              Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File

**U.S. Department of Justice**

Federal Bureau of Prisons

APR 26 2006

*Washington, DC 20534*

Kevin Gordon
Register Number 35709-007
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986-0630

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE: Request for Information, FOIA Request No. 2006-04577

Dear Mr. Gordon:

This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Kevin Gordon
FOIA Request Number 2006-04577

    I trust this has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File

U.S. Department of Justice

Federal Bureau of Prisons

APR 26 2006

Washington, DC 20534

Lacy Davis
Register Number 17348-016
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986-0630

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:   Request for Information, FOIA Request No. 2006-04325

Dear Mr. Davis:

This is in response to your Freedom of Information Act request for a copy of the original 2000 contract J1PCc-005 and subsequent contract J1PCc-002 between the Bureau of Prisons and the Wackenhut Corrections Corporation.

We have located 82 pages of documents in response to your request for a copy of contract J1PCc-005. You are being provided 73 pages in their entirety; however, portions of the remaining 9 pages are being redacted pursuant to Title 5 U.S.C. §552(b)(4).

In reference to your request for a copy of contract J1PCc-002, a total of 46 pages of documents were located in response to your request. You are being provided 43 pages in their entirety; however, portions of the remaining 3 pages are being redacted pursuant to (b)(4).

Exemption (b)(4) protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

Pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and appeal letter should be marked **"Freedom of Information Act Appeal."**

Page 2
Lacy Davis
FOIA Request Number 2006-04325

    I trust this has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosure: 128 pages

cc: File