**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Washington, DC 20534*

April 21, 2006

Charles Forrester
Reg. No. 09565-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841 HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:  Request No. 05-08231, Response to Reformulated Request

Dear Mr. Forrester:

    This is in response to your claim that our original and supplemental responses to your FOIA request did not include the entire original contract for J1PCc-005 that you requested.  Those responses were based on all documents located as a result of a search that was conducted at that time.  In response to your claim and your *Notification To The Defendants In Conjunction With The Defendants Briefing Schedule*, for Civil Action 05:1847 (HHK) dated January 19, 2006, wherein your indicate you have no interest in any of the amendments to the original contract, an additional search was conducted for the original contract.

    As a result of this second search, the entire original contract, which consists of eighty-two pages, was forwarded to the FOIA office for a release determination.  Although the FOIA does not require an explanation of the contents of documents requested, in order to avoid further confusion, we want to explain why the page count is 82, and not the 181 as listed at the top of the contract award page.  The original solicitation, at one point, contained 181 pages.  That is what is reflected at the top of the contract award page.  However, the contract that was finally agreed upon only contains the 82 pages that are being processed here.  We process the file with the documents as the file exists, so if there are duplicate pages in the file, then we process the duplicate pages.

    After careful review, it has been determined that 73 pages

**EXHIBIT ONE**

After careful review, it has been determined that 73 pages can be released in their entirety. The remaining 9 pages can be released with the excision of financial information obtained from a person that is considered privileged or confidential, the release of which could cause a competitive disadvantage to that person. The statutory basis for these exemptions is 5 U.S.C. §522(b)(4). These 82 pages are enclosed.

We trust this information is of assistance to you. However, pursuant to 28 C.F.R. § 16.9, if you are dissatisfied with this response, you may appeal to the Attorney General by filing a written appeal within sixty (60) days of the date of this letter. The appeal should be addressed to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue Suite 11050, Washington, DC 20530-0001. Both the envelope and appeal letter should be marked "Freedom of Information Act Appeal."

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures: 82 pages

## CONTRACT AWARD

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE | N/A | 6. ADMINISTERED BY (if other than item 5) | CODE | N/A |
|---|---|---|---|---|---|

Federal Bureau of Prisons
320 First Street NW Room 500-6
Washington, DC 20534
Scott P. Stermer, Contracting Officer
(OMB #1103-0018 EXP 02/28/01)

Same Block 5

# ORIGINAL

| 7. NAME AND ADDRESS OF CONTRACTOR | CODE | 8. PAYMENT WILL BE MADE BY |
|---|---|---|

Wackenhut Corrections Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

Federal Bureau of Prisons
Mid-Atlantic Region
Junction Business Park
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701
Regional Comptroller

| 9A. DUNS NUMBER | 9B. TAXPAYER'S IDENTIFICATION NO. | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|
| (b)(4) | (b)(4) | ☒ ITEM 5  ☐ ITEM 6  ☐ ITEM 8  ☐ OTHER (Specify) |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 14 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | X | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

### 12. BRIEF DESCRIPTION

Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

| 13. TOTAL AMOUNT OF CONTRACT | ▶ | $91,890,622.95  (FPD1009T120M) |
|---|---|---|

| 14. CONTRACTOR'S AGREEMENT. Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference. | 15. AWARD. The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference. |
|---|---|
| ☒ A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable) | |
| B. SIGNATURE OF PERSON AUTHORIZED TO SIGN | A. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
| C. NAME OF SIGNER  Wayne H. Calabrese | B. NAME OF CONTRACTING OFFICER  Scott P. Stermer, Contracting Officer |
| D. TITLE OF SIGNER  President | |
| E. DATE  2/22/2000 | C. DATE  3/7/2000 |

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(e)

## CONTRACT AWARD

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE | N/A | 6. ADMINISTERED BY (If other than Item 5) | CODE | N/A |
|---|---|---|---|---|---|

**5. ISSUED BY**

Federal Bureau of Prisons
320 First Street NW Room 500-6
Washington, DC 20534
Scott P. Stermer, *Contracting Officer*
(OMB #1103-0018 EXP 02/28/01)

**6. ADMINISTERED BY**

Same Block 5

# ORIGINAL

| 7. NAME AND ADDRESS OF CONTRACTOR | CODE | |
|---|---|---|

Wackenhut Corrections Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

**8. PAYMENT WILL BE MADE BY**

Federal Bureau of Prisons
Mid-Atlantic Region
Junction Business Park
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701
Regional Comptroller

| 9A. DUNS NUMBER | 9B. TAXPAYER'S IDENTIFICATION NO. | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|
| (b)(4) | (b)(4) | ☒ ITEM 5  ☐ ITEM 6  ☐ ITEM 8  ☐ OTHER (Specify) |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | | | REPRESENTATIONS, CERTIFICATIONS AND OTHER | |
| X | F | DELIVERIES OR PERFORMANCE | 2 | X | K | STATEMENTS OF OFFERORS | 14 |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

**12. BRIEF DESCRIPTION**

Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

| 13. TOTAL AMOUNT OF CONTRACT | ▶ | $91,890,622.95 (FP01009T120M) |
|---|---|---|

**14. CONTRACTOR'S AGREEMENT.** Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

**15. AWARD.** The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

☒ A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

| B. SIGNATURE OF PERSON AUTHORIZED TO SIGN | A. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
|---|---|
| *[signature]* | *[signature]* |
| C. NAME OF SIGNER | A. NAME OF CONTRACTING OFFICER |
| Wayne H. Calabrese | Scott P. Stermer, Contracting Officer |
| D. TITLE OF SIGNER | B. NAME OF CONTRACTING OFFICER |
| President | Scott P. Stermer, Contracting Officer |
| E. DATE | C. DATE |
| 2/22/2000 | 3/7/2000 |

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(e)

## CONTRACT AWARD

| | | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | | 1 | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

**5. ISSUED BY** CODE N/A

Federal Bureau of Prisons
320 First Street NW Room 500-6
Washington, DC 20534
Scott P. Stermer, Contracting Officer
(OMB #1103-0018 EXP 02/28/01)

**6. ADMINISTERED BY** (if other than Item 5) CODE N/A

Same Block 5

# ORIGINAL

**7. NAME AND ADDRESS OF CONTRACTOR** CODE

Wackenhut Corrections Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

**8. PAYMENT WILL BE MADE BY**

Federal Bureau of Prisons
Mid-Atlantic Region
Junction Business Park
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701
Regional Comptroller

**9A. DUNS NUMBER** (b)(4)

**9B. TAXPAYER'S IDENTIFICATION NO.** (b)(4)

**10. SUBMIT INVOICES** (4 copies unless otherwise specified) TO
[X] ITEM 5 [ ] ITEM 6 [ ] ITEM 8 [ ] OTHER (Specify)

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | | | | |
| X | F | DELIVERIES OR PERFORMANCE | 2 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 14 |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

**12. BRIEF DESCRIPTION**

Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

**13. TOTAL AMOUNT OF CONTRACT** ▶ $91,890,622.95 (FP01009T120M)

**14. CONTRACTOR'S AGREEMENT.** Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

[X] A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

**B. SIGNATURE OF PERSON AUTHORIZED TO SIGN**

**C. NAME OF SIGNER**
Wayne H. Calabrese

**D. TITLE OF SIGNER**
President

**E. DATE**
2/22/2000

**15. AWARD.** The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

**A. UNITED STATES OF AMERICA** (Signature of Contracting Officer)

**B. NAME OF CONTRACTING OFFICER**
Scott P. Stermer, Contracting Officer

**C. DATE**
3/7/2000

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(e)

# CONTRACT AWARD

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE | N/A | 6. ADMINISTERED BY (If other than Item 5) | CODE | N/A |
|---|---|---|---|---|---|

5. ISSUED BY

Federal Bureau of Prisons
320 First Street NW Room 500-6
Washington, DC 20534
Scott P. Stermer, Contracting Officer
(OMB #1103-0018 EXP 02/28/01)

6. ADMINISTERED BY

Same Block 5

**ORIGINAL**

7. NAME AND ADDRESS OF CONTRACTOR    CODE

Wackenhut Corrections Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

8. PAYMENT WILL BE MADE BY

Federal Bureau of Prisons
Mid-Atlantic Region
Junction Business Park
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701
Regional Comptroller

| 9A. DUNS NUMBER | (b)(4) | 9B. TAXPAYER'S IDENTIFICATION NO. (b)(4) | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|---|

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO: ☒ ITEM 5  ☐ ITEM 6  ☐ ITEM 8  ☐ OTHER (Specify)

OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 14 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | X | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

12. BRIEF DESCRIPTION

Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

13. TOTAL AMOUNT OF CONTRACT ▶ $91,890,622.95 (FP01009T120M)

14. CONTRACTOR'S AGREEMENT. Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

☒ A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

15. AWARD. The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

B. SIGNATURE OF PERSON AUTHORIZED TO SIGN

C. NAME OF SIGNER

Wayne H. Calabrese

D. TITLE OF SIGNER

President

E. DATE

2/22/2000

A. UNITED STATES OF AMERICA (Signature of Contracting Officer)

B. NAME OF CONTRACTING OFFICER

Scott P. Stermer, Contracting Officer

C. DATE

3/7/2000

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(e)

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . 1

II.   EXPLANATION OF STATEMENT OF WORK TERMS . . . . . . . . . 2

III.  OBJECTIVE . . . . . . . . . . . . . . . . . . . . . . . 5
      A.   Performance Requirements . . . . . . . . . . . . . . 5
      B.   Contract Compliance . . . . . . . . . . . . . . . . 6
      C.   General Administration . . . . . . . . . . . . . . . 7
      D.   Fiscal Management . . . . . . . . . . . . . . . . . 9
      E.   Personnel . . . . . . . . . . . . . . . . . . . . 10
      F.   Training and Staff Development . . . . . . . . . . 17
      G.   Case Records . . . . . . . . . . . . . . . . . . . 19
      H.   Information Systems and Research . . . . . . . . . 19
      I.   Physical Plant . . . . . . . . . . . . . . . . . . 22
      J.   Security and Control . . . . . . . . . . . . . . . 25
      K.   Safety and Emergency Procedures . . . . . . . . . 29
      L.   Discipline . . . . . . . . . . . . . . . . . . . . 30
      M.   Inmate Rights . . . . . . . . . . . . . . . . . . 30
      N.   Reception and Orientation . . . . . . . . . . . . 31
      O.   Classification . . . . . . . . . . . . . . . . . . 32
      P.   Health/Mental Health Care . . . . . . . . . . . . 32
      Q.   Social Services . . . . . . . . . . . . . . . . . 36
      R.   Work and Correctional Industries . . . . . . . . . 36
      S.   Academic and Vocational Education . . . . . . . . 37
      T.   Recreation and Activities . . . . . . . . . . . . 38
      U.   Telephone . . . . . . . . . . . . . . . . . . . . 38

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    I.    INTRODUCTION

2    The National Capital Revitalization and Self-Government
3    Improvement Act of 1997 mandates that the Bureau of Prisons house
4    a portion of the District of Columbia sentenced felon population
5    in private contract facilities.

6    The Bureau of Prisons has proceeded to comply with this mandate
7    by identifying the appropriate populations to fulfill the
8    requirement from the overall District of Columbia sentenced felon
9    population.

10   The attached SOW identifies the technical and programmatic
11   details for a low security adult male population.

1



*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    II.  EXPLANATION OF STATEMENT OF WORK TERMS

2    ACA - American Correctional Association.  The private, nonprofit
3    organization that administers the only national accreditation
4    program for all components of adult and juvenile corrections.
5    Its purpose is to promote improvement in the management of
6    correctional agencies through the administration of a voluntary
7    accreditation program and the ongoing development and revision of
8    relevant, useful standards.

9    BOP - Federal Bureau of Prisons.

10   BOPDOCS - The electronic document management system for the BOP
11   containing policy, regulations and directives.

12   CO - Contracting Officer.  The Government employee, by virtue of
13   a Contracting Officer's Warrant, empowered to negotiate, award,
14   administer, cancel or terminate contracts on behalf of the United
15   States Government.

16   Contract Award - The date the CO awards the contract.  For the
17   purposes of the contract, the date the CO signs the Standard Form
18   (SF) 33, Solicitation, Offer and Award or the SF 26, Contract
19   Award.

20   COR - Contracting Officer's Representative.  The Government
21   employee designated in writing by the CO authorized to perform
22   certain limited functions on behalf of the CO.  The extent of COR
23   responsibilities are outlined in Section G of the contract and
24   the COR Designation Letter, a copy of which will be provided to
25   the contractor subsequent to contract award.

26   COTR - Contracting Officer's Technical Representative.
27   Government staff designated in writing by the CO who assist the
28   COR in the performance of duties.  The extent of COTR
29   responsibilities are delineated in writing by the CO and will be
30   provided to the contractor subsequent to award.

31   Credentials - Documents providing primary source verification
32   including education, training, licensure, experience, board
33   certification and qualifications of an employee.

34   DC - District of Columbia.

35   DCDOC - District of Columbia Department of Corrections.

2

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    DOJ - Department of Justice.

2    DHO - Discipline Hearing Officer.  The Government-trained
3    contractor employee responsible for conducting discipline
4    hearings.

5    Emergency - Any significant disruption of normal institution
6    procedure, policy or activity including but not limited to:
7    inmate disturbances; work or food strike; food borne illness;
8    escape; fire; natural disaster; or other serious incident.

9    FBI - Federal Bureau of Investigation.

10   Former Inmate - A person who has been found guilty of committing
11   a felony or misdemeanor for whom less then one year has elapsed
12   since release from custody or any type of supervision.

13   HSU - Health Services Unit.  The organizational unit providing
14   routine and emergency health care.  The HSU is the designated
15   part of the institution delivering care to inmates on an
16   ambulatory or observation basis.

17   Inmate - An individual confined under the auspices and authority
18   of the BOP or under supervision of a Federal court.

19   Inmate Records - Information concerning an inmate's personal,
20   criminal and medical history, behavior and activities while in
21   custody.  This may include, but is not limited to: detainers;
22   personal property receipts; visitor lists; photographs;
23   fingerprints; disciplinary infractions and actions taken;
24   grievance reports; work assignments; program participation;
25   miscellaneous correspondence; forms prescribed by Government
26   policy, etc.

27   JCAHO - Joint Commission on Accreditation of Health Care
28   Organizations.

29   Lethal Force - The force a person uses with the purpose of
30   causing/or which they know, or should know, would create a
31   substantial risk of causing death or serious bodily harm.

32   NTP - Notice to Proceed.  The written official notice signed by
33   the CO which authorizes the contractor to proceed with the
34   contract.  The contractor shall begin accepting inmates within 30
35   days after issuance of the NTP.

3

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  OAR - Operational Availability Rate.  The monthly rate for
2  computer services/resource components which is a percentage
3  calculated by dividing the accumulated monthly down time hours by
4  the total number of hours of operation for a given month.

5  Prime Contractor - The entity to which the Government has awarded
6  the contract.

7  Professional Staff - Staff employed in the Medical, Educational,
8  Religious and Psychological disciplines.

9  P.S. - Program Statement.  A BOP written directive that
10 establishes policy in a given area.

11 Safety Equipment - Including but not limited to fire fighting
12 equipment (e.g., chemical extinguishers, hoses, nozzles, water
13 supplies, alarm systems, portable breathing devices, gas masks,
14 fans, first aid kits, stretchers) and alarm systems.

15 Sensitive Information - Any information which could affect the
16 national interest, law enforcement activities, the conduct of
17 Federal programs or the privacy to which individuals are entitled
18 under Section 552a of Title 5, U.S.C.

19 SENTRY - The BOP's on-line, real time data base system, used
20 primarily for maintaining information about Federal inmates.  It
21 contains information about sentencing, work assignments,
22 admission/release status and other special assignments for
23 monitoring inmate status.  The SENTRY system also includes
24 property management and other modules which address most aspects
25 of incarceration.

26 Subcontract - Any agreement entered into by the prime contractor
27 with another entity to provide services and supplies to
28 accomplish performance of the contract.

29 USMS - United States Marshals Service.

30 Warden - The contractor's official, regardless of title (e.g.,
31 Chief Executive Officer (CEO) or Facility Administrator) who has
32 ultimate responsibility for the overall management and operation
33 of the institution.

34 Additional definitions are contained in the ACA Standards for
35 Adult Correctional Institutions.

4

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    III. OBJECTIVE

2    A.  Performance Requirements

3    This SOW sets forth the contract performance requirements for the
4    comprehensive management and operation of a contractor-owned/
5    contractor-operated corrections facility for a low security adult
6    male population.

7    Housing facilities shall be provided to accommodate at least
8    1,200 low security beds at a single site. In addition, the
9    institution shall include a special housing unit (segregation)
10    with a capacity of at least 10% of the institution's rated
11    capacity.

12    The contractor shall ensure that the institution is operated in a
13    manner consistent with the mission of the BOP. It is the mission
14    of the BOP to protect society by confining offenders in the
15    controlled environments of prison and community-based facilities
16    that are safe, humane, cost-efficient, and appropriately secure,
17    and that provide work and other self-improvement opportunities to
18    assist offenders in becoming law-abiding citizens.

19    The institution shall be located within a 300 mile radius of the
20    United States Capitol, Washington, D.C.

21    Contract performance shall be for a three-year base period with 7
22    one-year options, exercised unilaterally by the Government, for a
23    potential term of ten years.

24    Within 365 days following contract award, the contractor shall
25    notify the CO it is ready to accept inmates and assume full
26    responsibility for the operation, maintenance and security of the
27    institution.

28    It is essential that the contractor be fully prepared to accept
29    responsibility for performing the requirements of the contract,
30    thus ensuring the safety and security of the community.
31    Therefore, the BOP will perform numerous assessments to ensure
32    contract compliance prior to issuance of the NTP (See Contract
33    F.2).

34    Unless otherwise specified, all plans, policies and procedures,
35    including those identified in the ACA standards, shall be
36    developed by the contractor and submitted in writing to the CO

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    for review and concurrence prior to issuance of the NTP.  Once
2    concurrence has been granted, these plans, policies and
3    procedures shall not be modified without the prior written
4    acknowledgment of the CO.

5    If the BOP determines the contractor is capable of accepting
6    inmates, the NTP will be issued.  The contractor shall begin
7    accepting inmates within 30 days after issuance of the NTP.

8    It is anticipated that the BOP will predominantly designate
9    individuals committed as DC sentenced felons to the institution.
10   However, the BOP may designate any inmate within its custody
11   utilizing the same designation criteria as used at other BOP
12   facilities.  P.S. 5100.06, Security Designation and Custody
13   Classification Manual, outlines the procedures for designating
14   inmates.

15   Designations to the institution are anticipated to occur at an
16   estimated rate of 40 inmates per week.  The estimated weekly
17   designation of 40 inmates to the institution will result in the
18   population meeting the 1,200 bed requirement in 30 weeks.  The
19   institution designation schedule of 40 inmates per week is an
20   estimate only.  Actual designations will depend upon many
21   factors, including but not limited to, the contractor's ability
22   to provide services in accordance with the SOW; the sentencing of
23   offenders by the DC and Federal Courts; the designation of
24   offenders by the BOP.

25   Unless otherwise indicated, the contractor shall furnish all
26   personnel, management, equipment, supplies and services necessary
27   for performance of all aspects of the contract.

28   Unless explicitly stated otherwise, the contractor is responsible
29   for all costs associated with and incurred as part of providing
30   the services outlined in this contract.

31   B.  Contract Compliance

32   All services and programs shall comply with the SOW; the U.S.
33   Constitution; all applicable Federal, state and local laws and
34   regulations; applicable Presidential Executive Orders (E.O.); all
35   applicable case law, consent decrees, and Court Orders.  Should a
36   conflict exist between any of the aforementioned standards, the
37   most stringent shall apply.  When a conflict exists and a
38   conclusion cannot be made as to which standard is more stringent,

6

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

the CO shall determine the appropriate standard. The contractor shall comply with and implement any applicable changes to BOP policy, DOJ regulations, Congressional mandate, Federal law, DC law, or E.O. Should the Government invoke such changes the contractor retains its rights and remedies under the terms and conditions of the contract.

The BOP reserves its rights to conduct announced and unannounced inspections of any aspect of contract performance at any time and by any method in order to assess contract compliance.

C.  General Administration

Unless otherwise specified by the CO, the contractor is required to perform in accordance with the most current edition of the ACA <u>Standards for Adult Correctional Institutions</u> and <u>Standards Supplement</u>.

The contractor shall obtain ACA accreditation within 24 months of NTP and shall maintain continual compliance with the above referenced ACA standards and supplements during performance of the contract, unless otherwise specified by the BOP. Once full accreditation has been obtained, the contractor shall maintain this accreditation throughout the life of the contract, inclusive of any option year exercised. Failure to perform in accordance with contract requirements and to obtain ACA accreditation within 24 months of NTP will, at a minimum, result in a reduction of the contract price.

Accomplishment of some ACA standards is augmented by BOP policy and/or procedure. In these instances, the SOW identifies and provides direction for the enhanced requirements.

The contractor is responsible for a Quality Control Program (QCP) which ensures all requirements of this SOW are achieved. The specific requirements for the QCP are detailed in Section J, Attachments 2, 3, and 4 of the contract.

Several sections of this SOW require the contractor to maintain a system of records identical to the BOP's. The contractor shall not establish a separate system of records without prior written concurrence by the CO. This requirement is necessary to maintain consistency of inmate records as inmates transfer throughout the BOP.

7




*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  All records related to contract performance shall be retained in
2  a retrievable format for the duration of the contract.  Except as
3  otherwise expressly provided in this SOW, the contractor shall,
4  upon request of the CO or upon completion or termination of the
5  resulting contract, transmit to the Government any records
6  related to the performance of the contract.

7  The contractor shall protect, defend, indemnify, save and hold
8  harmless the United States Government, the BOP and its employees
9  or agents, from and against any and all claims, demands,
10 expenses, causes of action, judgments and liability arising out
11 of, or in connection with, any negligent or intentional acts or
12 omissions of the contractor, its agents, subcontractors,
13 employees, assignees or any one for whom the contractor may be
14 responsible.  The contractor shall also be liable for any and all
15 costs, expenses and attorneys fees incurred as a result of any
16 such claim, demand, cause of action, judgment or liability,
17 including those costs, expenses and attorneys fees incurred by
18 the United States Government, the BOP and its employees or
19 agents.  The contractor's liability shall not be limited by any
20 clause or limits of insurance set forth in the resulting
21 contract.

22 In awarding the contract, the Government does not assume any
23 liability to third parties, nor will the Government reimburse the
24 contractor for its liabilities to third parties, with respect to
25 loss due to death, bodily injury, or damage to property resulting
26 in any way from the performance of the contract or any
27 subcontract under this contract.

28 The contractor shall be responsible for all litigation, including
29 the cost of litigation, brought against it, its employees or
30 agents for alleged acts or omissions.

31 The CO shall be notified in writing by the contractor of all
32 litigation pertaining to this contract and provided copies of
33 said litigation within five working days of the filing.  The
34 contractor shall cooperate with Government legal staff and/or the
35 United States Attorney regarding any requests pertaining to
36 Federal or contractor litigation.

37 Policies and procedures shall be developed which ensure a
38 positive relationship is maintained with all levels of Federal,
39 state, and local governments.  Procedures shall include a

8

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  tracking system which ensures all Congressional/Judicial
2  inquiries and program recommendations are responded to in a
3  timely and accurate manner.  All Judicial/Congressional
4  inquiries and contractor responses, specifically related to an
5  inmate, shall be made part of the inmate's central file.

6  The CO shall be notified when a request is made for inmate or
7  employee interviews or facility visits by any representative of
8  the media as defined by P.S. 1480.03, Contact with News Media.
9  The contractor shall coordinate all public information related
10 issues with the CO and clear, in advance, all press statements
11 and releases.

12 The contractor shall ensure its employees agree to use
13 appropriate disclaimers clearly stating the employees' opinions
14 do not necessarily reflect the position of the BOP or DOJ in any
15 public presentations they make or articles they write that relate
16 to any aspect of contract performance or prison operations.

17 D.  Fiscal Management

18 The commissary shall be operated by the contractor as a privilege
19 to inmates.  Any revenues earned in excess of those needed for
20 commissary operations shall be used solely to benefit inmates in
21 accordance with P.S. 4500.04, Trust Fund/Warehouse/Laundry
22 Manual, Chapter 4504.  The commissary shall make available gender
23 specific items for purchase that are not required to be furnished
24 by the contractor.  Inmates shall have the opportunity to
25 purchase from the commissary at least once a week.  The
26 contractor shall ensure that inmates spend no more on purchases
27 than the BOP spending limit excluding those items listed in P.S.
28 4500.04, Trust Fund/Warehouse/Laundry Manual, Chapter 4526.  The
29 contractor shall maintain an inventory of items stocked in the
30 commissary and ensure that no prohibited items in accordance with
31 P.S. 4500.04, Trust Fund/Warehouse/Laundry Manual, Chapter 4522
32 are stocked.  The commissary inventory shall be provided to the
33 CO upon request.  The sales price for commissary items shall be
34 computed in accordance with P.S. 4500.04, Trust Fund/Warehouse/
35 Laundry Manual, Chapter 4523.

36 Inmates are permitted to receive funds from outside sources
37 (e.g., from family, friends, bank accounts).  Either outside
38 funds or those generated from work may be used to pay for
39 products and services from the commissary.

9



*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  Procedures shall be established for transfer of inmate funds upon
2  release from the institution, transfer to another institution or
3  when an inmate requests a funds transfer to an outside source.
4  Transfer of inmate funds shall occur within five working days
5  upon release from the institution, transfer to another
6  institution or when an inmate requests a funds transfer to an
7  outside source.  The contractor shall be responsible for
8  maintenance of inmate accounts including, but not limited to,
9  posting inmate pay, Financial Responsibility Program (in
10 accordance with P.S. 2011.06, <u>Financial Responsibility Program,</u>
11 <u>Inmate, Processing Payments</u>, and P.S. 5380.05, <u>Financial</u>
12 <u>Responsibility Program, Inmate</u>) Cost of Incarceration Fee (in
13 accordance with P.S. 2011.07, <u>Cost of Incarceration Fee,</u>
14 <u>Accounting For</u>, and P.S. 5380.03, <u>Cost of Incarceration Fee</u>).

15 E.  Personnel

16 It is essential that all contractor personnel meet the highest
17 standards of professionalism and personal integrity.

18 The contractor shall make a *bona fide* offer of employment, on a
19 right of first refusal basis, to qualified DCDOC employees who
20 apply as a result of being impacted by an agency-wide reduction-
21 in-force (RIF) as a result of The National Capital Revitalization
22 and Self-Government Improvement Act of 1997.  The only conditions
23 for employment are that applicants meet the minimum requirements
24 identified within the contract.  All such employees hired by the
25 contractor shall be offered positions at salaries and benefits
26 comparable to their latest DCDOC position.

27 The contractor shall develop written standards of conduct, to
28 include those standards outlined in Section J, Attachment 6.
29 These standards shall be maintained as a part of the contractor's
30 Personnel Policy Manual.  The contractor, its employees and
31 volunteers are expected to adhere to standards of employee
32 conduct and integrity while both on and off duty.  The contractor
33 shall follow procedures in Section J, Attachment 6 in the
34 reporting and investigation of standards of conduct violation(s).

35 Prior to employees entering on duty (EOD) at the institution, the
36 contractor shall ensure the following steps are completed for
37 each applicant as noted below:

38      1.  A pre-employment interview.

10

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

2. Law enforcement agency checks covering the past five years.
3. Employment vouchering for the last five years.
4. Employment Eligibility Verification (DOJ-INS Form I-9).
5. Credit check. (For employment purposes as described in the Fair Credit Reporting Act).
6. FBI Name and Fingerprint forms completed.
7. National Crime Information Center (NCIC) check.
8. National Law Enforcement Telecommunications (NLETS) check.
9. Conditional Offer of Employment.
10. Urinalysis.
11. Questionnaire for Public Trust Positions (SF-85P or approved equivalent) - all applicants receiving conditional offer.
12. Supplemental Questionnaire for Selected Positions (OPM Form 85P-S or approved equivalent).
13. Notify CO of scheduled EOD and Limited Background Investigation (LBI) initiation.

Contractor responsibilities subsequent to EOD:

14. Notification to CO of actual EOD within 24 hours.
15. Receipt and review of LBI report.
16. Notification to CO of decision regarding employment.

The contractor shall utilize the Pre-employment Interview Questionnaire and Guidelines of Acceptability (Guidelines) for job applicants as noted in Step 1 above (Guidelines will be made available to the contractor after contract award). There may be occasions where a job applicant's past behavior is unacceptable as defined by the Guidelines, but the contractor still desires to select the applicant. In this case, the contractor shall request the Guidelines be waived. This waiver request shall be submitted to the CO in writing and include: 1) the details and circumstances surrounding the applicant's behavior which is outside the Guidelines; 2) the reason(s) why the applicant should receive further consideration; and, 3) the availability of other suitable applicants.

The contractor shall fingerprint all applicants using BOP supplied forms. Completed fingerprint forms and the SF 85P and SF 85P-S (or equivalents) with original signatures and dates

11

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  shall be submitted to the CO for each applicant offered
2  conditional employment.  The BOP will initiate the National
3  Agency Check which includes the FBI name and fingerprint check.
4  The BOP will ordinarily advise the Warden or designee of the
5  results of name and fingerprint checks within 90 working days of
6  submission to the FBI.

7  The contractor shall complete Steps 1 - 6 on each prospective
8  employee prior to submitting information required by Steps 7 and
9  8 to the CO for completion.

10  The Warden or designee shall be the contractor's liaison for the
11  processing of data required for the BOP to conduct NCIC/NLETS,
12  name and fingerprint checks.  The information listed below shall
13  be provided for each on-site applicant, to include subcontractor
14  personnel and volunteers:  full name (with aliases, maiden name
15  if applicable, or other names used); date of birth; gender; place
16  of birth; social security number and race.  Included with this
17  information, the Warden or designee shall certify Steps 1 - 6
18  above have been accomplished with satisfactory results for each
19  applicant.

20  The BOP may require additional information to process NCIC/NLETS
21  and name checks, therefore, the contractor's employment
22  application document shall contain information regarding
23  applicant height; weight; eye and hair color; markings, scars and
24  tattoos; citizenship; driver's license number and State of issue;
25  and current address.

26  The contractor shall keep the BOP apprised of the volume of
27  applicants.  The BOP will ordinarily advise the Warden or
28  designee of the results of applicant NCIC/NLETS checks within
29  seven working days following receipt of accurate and complete
30  NCIC/NLETS data from the contractor.

31  Based upon the Warden's certification and the results of the
32  NCIC/NLETS, the BOP will grant conditional approval for the
33  applicant to work under the terms of this contract.  Upon receipt
34  of this approval, the contractor may grant the applicant a
35  conditional offer of employment.  The contractor shall provide
36  the CO with advance written notification of all employees'
37  scheduled EOD.  Written notification of all on-site employees
38  actual EOD shall be provided to the CO within 24 hours of an
39  employee reporting to work.

12

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  All applicants who are offered conditional employment by the
2  contractor shall be subject to urinalysis testing in accordance
3  with P.S. 3735.02, Drug free Workplace, Section 13.  If the test
4  result is positive, the applicant shall be prohibited from
5  working with Federal inmates.  All applicants who have been
6  offered conditional employment by the contractor shall complete
7  the SF 85P or approved equivalent.  Additionally, those employees
8  who will be authorized to carry weapons in the course of their
9  employment under this contract shall complete the SF 85P-S or
10 approved equivalent.  The contractor shall ensure that all
11 employees who will be issued or authorized to carry firearms meet
12 all requisite requirements for possessing a firearm.
13 Accordingly, pursuant to 18 U.S.C. 922(g)(9), employees who have
14 been convicted of a misdemeanor crime of domestic violence are
15 not authorized to carry or use a firearm under performance of
16 this contract.  The information contained on the contractor
17 developed form will become part of the background investigation
18 for these selected positions.

19 The contractor shall ensure a LBI check, as prescribed in the
20 Scope and Coverage of a Limited Background Investigation (Section
21 J, Attachment 7) is requested and all appropriate information
22 received, by the contractor-designated entity responsible for
23 completing the LBI, prior to an employee's EOD.

24 Within one year of each on-site employee's EOD, the contractor
25 shall receive, review, identify and resolve derogatory
26 information contained on the LBI results using the Adjudication
27 Standards for Resolving Limited Background Investigations and
28 Periodic Reinvestigations, outlined in Section J, Attachment 8 of
29 the contract.  The contractor shall make a determination
30 regarding the employee's suitability for employment under this
31 contract. Investigations with little or no derogatory information
32 will be reviewed and forwarded to the CO within 90 days of the
33 investigation completion date.  Investigations requiring
34 resolution of derogatory information will be forwarded within 180
35 days of the investigation completion date.  Extended adjudication
36 time frames may be requested from the CO on a case-by-case basis.

37 In the event the LBI identifies derogatory information, the
38 contractor's determination regarding the retention of an employee
39 shall be in writing and forwarded by the Warden to the CO with
40 copies of the information obtained in Steps 1 - 5, 12 and 15.
41 There may be occasions where derogatory information contained in
42 the employee's LBI is unacceptable as defined by the

13

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1   Acceptability Standards, but the contractor still desires to
2   retain the employee.  In such cases, the contractor shall submit
3   a written request for waiver of the Acceptability Standards to
4   the CO which includes the details and circumstances surrounding
5   the employee's behavior and the reason(s) why the employee should
6   be retained.

7   The BOP will be the final approval authority for all contractor
8   staff who work with Federal inmates under the terms of this
9   contract.  No individual who is under supervision or jurisdiction
10  of any parole, probation or correctional authority shall be
11  employed under this contract.  Persons with previous misdemeanor
12  criminal convictions or a felony conviction, who are not under
13  supervision, may be considered for employment; however, the BOP
14  shall be the approval authority in all such cases.  The BOP may
15  give consideration to such factors as criminal history, time
16  elapsed since conviction(s) and subsequent adjustment in the
17  community.

18  The contractor shall ensure all employees are reinvestigated
19  periodically, as prescribed in the Scope and Coverage of a
20  Periodic Reinvestigation in Section J, Attachment 8 of the
21  contract.  Employees will be required to complete required
22  investigative forms and fingerprint cards for submission to the
23  BOP.  The BOP will initiate the National Agency Check, which
24  includes the name and fingerprint checks.  Upon receipt, review,
25  and resolution of any derogatory information contained in the
26  reinvestigation report, the Warden shall forward to the CO a
27  written determination regarding the employee's continued
28  employment under this contract.  A copy of the reinvestigation
29  report shall be attached to the Warden's written request.

30  Should the institution staff turnover rate exceed an acceptable
31  level, as determined by the CO, or repetitive NCIC/NLETS or
32  fingerprint checks are necessary due to contractor error, the
33  actual cost of processing the NCIC/NLETS, name and fingerprint
34  checks shall be withheld from amounts due the contractor.

35  The contractor shall ensure all employment practices are in
36  compliance with U.S. Department of Labor requirements in addition
37  to applicable state and local requirements.

38  In the absence of a collective bargaining agreement, the
39  contractor shall enter into a written employment agreement with

14

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  each employee assigned to work within the institution. This
2  agreement shall provide that, in recognition of the public safety
3  requirements for uninterrupted services in the institution and in
4  return for adequate consideration, including an employee
5  grievance procedure, the employee agrees not to strike or
6  otherwise interrupt normal operations at the institution without
7  giving 10 days advance written notice.

8  The contractor shall ensure that a contingency plan covering work
9  actions or strikes is included as a part of its Personnel Policy
10  Manual.

11  In the event the contractor negotiates collective bargaining
12  agreements applicable to the work force under the contract, the
13  contractor shall use its best efforts to ensure such agreements
14  contain provisions designed to assure continuity of services.
15  All such agreements entered into during the contract period of
16  performance should provide that grievances and disputes involving
17  the interpretation or application of the agreement will be
18  settled without resorting to strike, lockout or other
19  interruption of normal operations.

20  For this purpose, each collective bargaining agreement should
21  provide an effective grievance procedure with arbitration as its
22  final step, unless the parties mutually agree upon some other
23  method of assuring continuity of operations. As part of such
24  agreements, management and labor should agree to cooperate fully
25  with the Federal Mediation and Conciliation Service. The
26  contractor shall include the substance of this requirement in any
27  subcontracts for protective services.

28  All personnel files shall be available to the CO upon request.
29  Personnel files (e.g., background checks, verification of
30  training, experience, and professional credentials) shall be kept
31  current and maintained for the duration of the contract.

32  Personnel requirements of this contract shall apply to all
33  on-site subcontractor personnel and volunteers.

34  The following essential personnel and respective minimum
35  qualification requirements are considered critical for
36  performance of this contract.

15

DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK
Request for Proposal PCC-0004

1     Project Coordinator - Knowledge and experience within the
2     last five years in planning and executing large, complex,
3     projects similar in nature to the requirements of this
4     contract.

5     Warden(s) - Knowledge of program objectives, policies,
6     procedures and requirements for managing a secure
7     correctional facility. A minimum of 10 years experience in
8     corrections or related field with experience in the
9     management of a correctional facility at the Associate
10     Warden level or above.

11     Associate Warden(s) - Knowledge of program objectives,
12     policies, procedures and requirements for managing a
13     correctional facility. A minimum of 10 years experience in
14     corrections or related field with experience in the field of
15     corrections at the level of mid-management.

16   Within 15 days of contract award, the contractor shall submit a
17   written request to the CO for conditional employment approval of
18   the Project Coordinator. Within 180 days of contract award, the
19   contractor shall submit a written request to the CO for
20   conditional employment approval of the Warden(s) and Associate
21   Warden(s).

22   The essential personnel listed below are commonly referred to as
23   department heads. Minimum qualification requirements for the
24   following essential personnel are: knowledge of program
25   objectives, policies, procedures and duties specific to the
26   position; a minimum of five years of supervisory/management
27   experience in a field directly related to the specific duties of
28   the position.
29

30     Case Management Coordinator
31     Chief Correctional Supervisor
32     Administrator, Religious Services
33     Correctional Shift Supervisors
34     Computer Services Manager
35     Facility Manager/Administrator
36     Food Service Administrator
37     Inmate Systems/Records Office Manager
38     Medical Services Administrator
39     Quality Control Specialist

16

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    Safety/Environmental Specialist

2    The Administrator, Religious Services shall be certified by the
3    American Correctional Chaplains Association (ACCA) or meet
4    certification standards established by ACCA.

5    Daily correctional staff assignment rosters which reflect both
6    scheduled and actual assignments, by shift and for each post,
7    shall be maintained.

8    The number and type of staff described in the contractor's
9    staffing plan accepted in the resulting contract shall be
10   maintained as the minimally acceptable staff compliment
11   throughout the term of the contract.  Any and all requests to
12   reduce staffing levels or staff utilization shall be submitted in
13   writing to the CO for approval prior to implementation.

14   F.   Training and Staff Development

15   Upon the contractor's written request to the CO, the Government
16   will provide the following initial specialized training at the
17   contractor's facility, on a one-time basis, at no cost to the
18   contractor:

19       1.   Records Office Training (Records Office Staff)
20            a.   Movement Coordination Training - 8 hours
21            b.   Maintenance, Retirement and Disposal of Inmate Files -
22                 8 hours

23       2.   Correctional Programs (Affected Staff)
24            a.   Case Management/Central Inmate Monitoring - 40 hours
25            b.   Disciplinary Procedures - 24 hours
26            c.   Disciplinary Hearing Officer Training - 80 hours
27                 (mandatory, as described in Section J of the SOW)

28       3.   Other
29            a.   SENTRY Training - Inmate Systems; Education;
30                 Correctional Services; Financial Management;
31                 Correctional Programs, Health Services; Other staff -
32                 (40 hours)

17

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1       b.   Human Resource Management (24 hours) - For contractor's
2            human resource management staff.  To include background
3            investigation issues.

4       c.   Self-Study Courses
5            1.   Judgment and Commitment File Training
6            2.   Detainer/Writs/Interstate Agreement on Detainers
7                 Training
8            3.   SENTRY General Use Technical Reference Manual
9            4.   Receiving and Discharge Training
10          5.   Inmate Funds Management Training
11          6.   Mail Management Training
12          7.   Population Accountability Training
13          8.   New Mail Room Officer's Self Study Course and
14                 Survival Skills Training
15          9.   New Receiving and Discharge Officer's Self Study
16                 Course and Survival Skills Training
17         10.   Central Inmate Monitoring Certification
18                 Correspondence Course

19   The contractor may request, at its expense, additional training
20   to supplement the initial BOP provided training.

21   The contractor shall develop and implement a comprehensive staff
22   training program addressing the institution's sexual
23   abuse/assault prevention and intervention program.  Written
24   policy, procedure, and practice shall provide that all staff
25   receive such training prior to entry on duty and on an annual
26   basis as part of the institution's in-service training plan.
27   Pre-service and in-service training shall be augmented with
28   specialized training for appropriate staff (e.g., case managers,
29   counselors, psychology services, chaplaincy, correctional
30   officers, investigatory officials, health/mental health care,
31   etc.)
32
33   The contractor shall provide disturbance control training to the
34   appropriate staff.  Certified disturbance control instructors
35   shall be used to conduct training in disturbance control
36   procedures.  Certification shall be from a CO-approved Federal,
37   state or county training academy or program.  The use and
38   carrying of weapons for training shall meet all Federal, state
39   and local laws and regulations.

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    G.   Case Records

2    All inmate files (e.g., central files, medical files and judgment
3    and commitment files) are to be prepared, maintained, retired and
4    disposed of in accordance with the BOP format.  Policy and
5    procedures shall be developed to ensure the confidentiality and
6    security of all inmate files (e.g., judgment and commitment
7    files, central files, U.S. Parole Commission mini-files) in
8    accordance with P.S. 5800.07, Inmate Systems Management Manual,
9    P.S. 5800.11, Central File, Privacy Folder and Parole Mini-Files)
10   and in accordance with all applicable Federal provisions (e.g., 5
11   U.S.C. 552 and 552a).

12   The contractor shall interact with other agencies to satisfy
13   outstanding inmate obligations including, but not limited to:  1)
14   processing of Federal and state writs; 2) administration of the
15   Interstate Agreement on detainers; 3) detainer inquiries; 4)
16   lodging and removal of detainers; and 5) coordination of
17   transfer/inmate movement in and out of the institution in
18   accordance with P.S. 5800.07, Inmate Systems Management Manual,
19   Chapter 8; P.S. 5130.05, Detainers and the Interstate Agreement
20   on Detainers; P.S. 5875.08, Transfers of Inmates to State Agents
21   for Production on State Writs; and, P.S. 5800.08, Receiving and
22   Discharge Manual.

23   The contractor shall:  1) maintain inmate judgment and commitment
24   files; 2) maintain file accountability and security; 3) respond
25   to inmate inquiries; 4) respond to outside requests for
26   information; 5) verify release methods and dates prior to an
27   inmate's release; and other related functions.

28   The contractor shall comply with the Privacy Act of 1974,
29   (5 U.S.C. 552a) and 28 CFR, Parts 16 and 513.

30   No inmate shall be admitted to, or released from, institution
31   custody without prior BOP approval.

32   H.   Information Systems and Research

33   The BOP's Information System environment includes mainframe,
34   local area network (LAN) and wide area network (WAN) components.

35   The BOP's mainframe software environment exists in an internally-

19

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  developed application named SENTRY which is used to support
2  institution operations.  The contractor shall provide and
3  maintain hardware and software to access SENTRY, in the manner
4  referenced in this SOW, to operate the institution.

5  The technical hardware environment in which computer services are
6  to be performed consists of IBM-compatible Personal Computers
7  (PCS) operating on a LAN.  In addition to providing for the
8  inter-connection of PC workstations, the LAN also provides
9  connections to a BOP centralized gateway which connects to an
10  IBM-compatible mainframe computer located in a DOJ data center.

11  All network operating system hardware not furnished by the
12  Government must remain compatible with BOP equipment throughout
13  the life of the contract.

14  Contractor provided hardware and software necessary to
15  participate in the BOP's information system environment is
16  provided at Section J, Attachment 15.

17  All network operating system software, applications software and
18  configurations not furnished by the Government shall be the same
19  release, version and configuration currently specified by the CO
20  throughout the life of the contract.  The contractor shall adhere
21  to P.S. 1237.10, Network Standards and its associated Technical
22  Reference Manual (TRM).

23  The contractor shall ensure that the inmate "automated system of
24  records" is compatible with standard BOP facility and operational
25  requirements.

26  Examples of the procedures for which the contractor shall use
27  SENTRY include, but are not limited to: admissions and releases;
28  inmate counts; medical data; inmate classification and
29  programming; education data; discipline data; the victim/witness
30  program; and, as directed by the BOP, sentence computations
31  including good time and United States Parole Commission actions.
32  The contractor has the option to use SENTRY for any other
33  procedures as approved by the CO.

34  The contractor shall adhere to P.S. 1237.11, Information Security
35  Programs which governs such areas as: security for and access to
36  sensitive information and systems; minimum personnel security
37  pre-requisites for computer system users and administrators; and

20

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  security and access to computer rooms, etc.  The contractor shall
2  monitor all security procedures to ensure compliance.

3  The contractor shall ensure fundamental information technology
4  resources (e.g., computer hardware, network and operating system
5  software and telecommunications facilities) used in performance
6  of this contract function properly and are maintained in good
7  operating condition.  A minimum OAR of 97% is required for all
8  such resource components.  The contractor shall ensure that such
9  resources shall be compatible with existing and planned BOP
10 equipment, systems and data exchange functions.

11 GroupWise shall be configured as a secondary domain to the BOP
12 primary domain and shall have no physical or logical connections
13 to any external mail system.  The contractor's network shall have
14 no physical or logical connectivity to any external systems
15 except the BOP WAN, unless specifically approved in advance by
16 the CO.

17 Advance approval from the CO shall be obtained for all proposed
18 research projects.  These include projects conducted by the
19 contractor, subcontractors, or any other party.  The CO shall be
20 kept advised of the progress of all research projects, have total
21 access to all documents, and be provided a copy of the final
22 report prior to any publication.

23 The contractor is required to participate in any research task
24 pursued by the BOP and shall gather and provide any information
25 requested.  Contractor participation is anticipated to be
26 primarily in the area of gathering and submitting statistical
27 information.  Research data shall be provided to the Government
28 through SENTRY and/or through the automated data entry facilities
29 of the BOP's General Retrieval System (GRS) or other means as
30 specified by the BOP.  The BOP will provide software for the GRS.
31
32 At the discretion and request of the CO, the contractor shall
33 distribute the Staff Prison Social Climate Survey to a sampling
34 of staff (ranging from 35 to 100 percent).  The Government shall
35 determine the survey sample.  The contractor shall allow staff to
36 complete the survey (generally 45 minutes) while in a paid
37 status, collect the surveys and provide them to the CO.

38 At the discretion of, and compensated by, the Government, an
39 independent evaluator, may interview and/or administer surveys to

21

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    staff and inmates.

2    I.  Physical Plant

3    The institution shall be designed, constructed, operated and
4    maintained to ensure that inmates are housed in a safe, secure,
5    and humane manner.  All equipment, supplies and services shall be
6    contractor furnished except as otherwise noted.

7    The contractor shall design, construct, operate and maintain the
8    entire physical plant in accordance with all applicable Federal,
9    state and local laws, regulations, guidelines, policies,
10   building, and zoning codes.  In the event of any conflict of
11   codes, regulations, or requirements between Federal, state and
12   local, the most stringent shall apply.  In the event there is
13   more than one reference to a safety, health or environmental
14   requirement in an applicable law, standard, code, regulation or
15   Government policy, the most stringent requirement shall apply.

16   As a minimum standard for populations of a low security level and
17   above, the contractor shall design and construct the institution
18   perimeter security fence, institution housing unit outer
19   walls/roofs/floors and egress doors and locks in accordance with
20   BOP design standards.  The BOP standards are provided in Section
21   J, Attachment 14).

22   The institution shall provide the appropriate mix of dorm and
23   celled housing commensurate with the security needs of the
24   District of Columbia low security population.

25   The contractor shall provide and maintain an electronic security
26   alarm system which will alert staff of any unauthorized access to
27   the institution secure perimeter.

28   The institution shall comply with 40 U.S.C. 619, which stipulates
29   compliance with nationally recognized codes and comply with the
30   latest edition in effect on the date of proposal submission of
31   one of the following codes:

32          (1)  The Uniform Building Code (UBC), with the State of
33               location's Amendments.
34          (2)  The Building Officials and Code Administrators (BOCA)
35               National Building Code (NBC).

DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK
Request for Proposal PCC-0004

1        (3) The Standard Building Code (SBC).

2    In the event the jurisdiction in which the institution is located
3    does not mandate use of UBC, BOCA NBC or SBC, then the
4    institution shall comply with the BOCA NBC.

5    Fire protection and life safety issues shall be governed by the
6    latest edition of the National Fire Protection Association (NFPA)
7    101, Code for Safety to Life from Fire in Buildings and
8    Structures and the applicable National Fire Codes (NFC).   Should
9    conflicts exist between the NBC and NFCs, the NFCs shall apply.

10   E.O. 12699, "Seismic Safety of Federal and Federally Assisted or
11   Regulated New Building Construction," requires all new Federally
12   owned or occupied buildings to comply with appropriate seismic
13   design and construction standards.   The seismic safety
14   requirements as set forth in either the 1991 International
15   Conference of Building Officials (ICBO), the UBC; the 1992 BOCA,
16   NBC (or the 1992 Amendments to the Southern Building Code
17   Congress) or SBC are the minimum standards.   Should the codes
18   applicable for the state in which the institution is located be
19   more stringent than the other codes set forth herein, the state
20   codes shall prevail.

21   The institution shall comply with the requirements of the
22   Architectural Barriers Act of 1968, and the Rehabilitation Act of
23   1973 as amended.   The standards for institution accessibility by
24   physically handicapped persons as set forth in Attachment 7 -
25   "Uniform Federal Accessibility Standards/Fed Std. - 795, 4/01/88
26   Edition" (UFAS) shall apply.   All areas of the institution site
27   and buildings shall meet these requirements.

28   Activities which are implemented, in whole or in part, with
29   Federal funds must comply with applicable legislation and
30   regulations established to protect the human or physical
31   environment and to ensure public opportunities for review.
32   Contractor shall remain in compliance with Federal statutes
33   during the performance of the contract, including but not limited
34   to the Clean Air Act, Clean Water Act, Endangered Species Act,
35   Resource Conservation and Recovery Act, and other applicable
36   laws, regulations, and requirements.

37   Contractor shall be responsible for and shall indemnify and hold
38   Government harmless for any and all spills, releases, emission,

23



*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  and discharges of any toxic or hazardous substance, any
2  pollutant, or any waste, whether sudden or gradual, caused by or
3  arising under the performance of the contract or any substance,
4  material, equipment, or facility utilized therefor.  For the
5  purposes of any environmental statute or regulation, contractor
6  shall be considered the "operator" for any facility utilized in
7  the performance of the contract, and shall indemnify and hold the
8  Government harmless for the failure to adhere to any applicable
9  law or regulation established to protect the human or physical
10 environment.  Contractor shall be responsible in the same manner
11 as above regardless of whether activities leading to or causing a
12 spill, release, emission or discharge is performed by contractor,
13 its agent or designee, an inmate, visitor, or any third party.

14 If the contractor spills or releases any substance into the
15 environment, the contractor shall immediately report the incident
16 to the CO.  The liability for the spill or release of such
17 substances rests solely with the contractor and its agent.

18 A safety program shall be maintained and in compliance with all
19 applicable Federal, state and local laws, statutes, regulations
20 and codes.  The contractor shall comply with the requirements of
21 the Occupational Safety and Health Act of 1970 and all codes and
22 regulations associated with 29 CFR 1910 and 1926.
23
24 Fire Alarm Systems and Equipment - All fire detection,
25 communication, alarm, annunciation, suppression and related
26 equipment shall be operated, inspected, maintained and tested in
27 accordance with the most current edition of the applicable
28 National Electric Codes and Life Safety Codes.

29 The contractor shall provide outside lighting sufficient to
30 illuminate the entire institution and secure perimeter with at
31 least 1.5 candle power per square foot.

32 Final, completed, design/construction documents shall be
33 submitted to the CO by the contractor in accordance with the date
34 identified within the contractor's construction schedule.  The
35 construction schedule shall be updated to reflect current
36 progress and submitted to the CO on a monthly basis.  BOP staff
37 will make periodic visits during construction to verify
38 contractor progress and compliance with contract requirements.
39 As-built drawings and current drawings of the buildings and site
40 utilities shall be maintained in a secure location during

24

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  construction and contract performance.  These updates shall be
2  provided to the CO within 30 days of any changes made.  Site
3  utilities include, but are not limited to: water and sewer lines;
4  gas lines; tunnels; steam lines; chilled water lines; recording
5  layouts; elevations; modifications; additions; etc.  Two copies
6  of the As-built drawings shall be provided to the CO in AUTOCAD
7  release 14.0 on a CD-ROM no later than 180 days after issuance of
8  the NTP.

9  Promptly after the occurrence of any physical damage to the
10 institution (including disturbances), the contractor shall report
11 such damage to the CO.  It shall be the responsibility of the
12 contractor to repair such damage, to rebuild or restore the
13 institution consistent with the master design and construction
14 specifications for the facility at no cost to the Federal
15 Government.  Any deviation from the original design and
16 construction specifications shall require the prior concurrence
17 of the CO.

18 The BOP anticipates a nominal number of BOP staff will be
19 on-site to monitor contract performance and manage other BOP
20 interests associated with operation of the private facility.
21 With BOP concurrence, the contractor shall designate
22 approximately 2,500 square footage of administrative office space
23 for BOP staff operations.  BOP office space shall be climate
24 controlled and located consistent with the administrative office
25 space for contractor staff.  The contractor shall be responsible
26 for all maintenance and costs associated with space designated
27 for BOP staff.

28 The contractor shall provide no less than 10 parking spaces
29 reserved for Government use.

30 J.  Security and Control

31 At least one inmate count every 24 hours shall be a stand-up
32 count. SENTRY shall be used for reporting all counts.  All counts
33 shall be documented in separate logs and maintained in the inmate
34 housing unit, control center and shift supervisor's office for a
35 minimum of 30 days.

36 Policy and procedures for the maintenance and security of keys
37 and locking mechanisms shall be developed.  The procedures shall
38 include, but are not limited to: method of inspection to expose

25

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  compromised locks or locking mechanisms and method of replacement
2  for all damaged keys and/or locks; a preventive maintenance
3  schedule for servicing locks and locking mechanisms and method of
4  logging all work performed on locks and locking mechanisms;
5  policy for restricting security keys from 24-hour issue or
6  removal from the institution; and method of issuing emergency
7  keys.  Emergency keys shall be available for ALL areas of the
8  institution to which emergency access or egress may be necessary.
9  The procedures shall include the notification of CO in the event
10  any keys or mechanisms are compromised.

11  Staff responsible for lock maintenance shall receive training and
12  be certified from a CO-approved training program specializing in
13  the operation of locks and locking mechanisms.

14  The contractor shall provide constant armed perimeter
15  surveillance of the facility.  Surveillance may be provided via a
16  minimum of two motorized security patrols or a system of towers.

17  The contractor shall implement policy and procedures which
18  prohibit inmates from approaching within 20 feet of the alarmed
19  secure perimeter fence.

20  Policy and procedures shall require that controlled tools and
21  equipment be classified by security risk and those most likely to
22  be used in an escape or as a weapon be issued to inmates only
23  under direct staff supervision.

24  The contractor is responsible for the movement/transportation of
25  all inmates designated to the institution within a 300 mile
26  radius of the contract facility.  Examples of circumstances
27  requiring inmate movement/transportation include, but are not
28  limited to: outside medical care; funeral and bedside trips;
29  transfer or movement to/from other Government facilities; and
30  airlift sites.  The contractor's transportation procedures shall
31  ensure staff and inmate security and safety.  The contractor
32  shall utilize restraint equipment identical to the BOP's when
33  one-for-one equipment exchange is required (e.g., airlifts).
34
35  Contractor developed procedures regarding clothing for inmates
36  transferred from the institution to other Government facilities
37  shall incorporate the following conditions: khaki shirts and
38  pants allowing for use of restroom facilities while in
39  restraints; no hard sole or hard toe shoes; and, transportation

26

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    N.   Reception and Orientation

2    The contractor shall comply with P.S. 5800.08, Receiving and
3    Discharge Manual, when entering inmate admission and release
4    data.

5    The search of inmates admitted to, or released from, low or
6    higher security institutions shall include a strip search
7    performed by contractor staff.   The search shall be conducted by
8    persons of the same gender, except in exigent circumstances.

9    Inmates shall be fingerprinted using Government supplied forms
10   and submitted to the FBI in accordance with P.S. 5040.04, FBI
11   Forms, Submission to the FBI, and P.S. 5800.08 Receiving and
12   Discharge Manual.

13   The intake process shall include, at a minimum, medical and
14   social screening prior to inmate release to the general
15   population.  Psychological screening shall be provided for each
16   inmate within 24 hours of arrival at the institution.

17   The contractor shall ensure all requirements related to P.S.
18   5180.04, Central Inmate Monitoring Manual are maintained.

19   In the event an inmate is transferred to or from a foreign
20   country,  28 CFR 527 and 18 U.S.C. 4100, et seq. shall be
21   followed.

22   The contractor is advised that P.S. 5580.05, Personal Property,
23   Inmate, provides procedures related to inmate property.  Property
24   of inmates transferred to other correctional facilities from the
25   institution shall meet the requirements of P.S. 5580.05, Personal
26   Property.  Property accompanying an inmate transferred from the
27   institution that is outside the scope of P.S. 5580.05 shall be
28   returned to the institution at the contractor's expense for
29   appropriate disposition(also at the contractor's expense).  All
30   inmate personal property shall be inventoried and a BOP Form 383,
31   Inmate Personal Property Form completed upon inmate admission and
32   discharge.

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1    O.  Classification

2    The contractor shall ensure classification and program review of
3    inmates in accordance with the requirements contained in P.S.
4    5322.10, <u>Classification and Program Review of Inmates</u>, P.S.
5    5100.06, <u>Security Designation and Custody Classification Manual</u>
6    and 28 CFR 524 are accomplished.  In addition, the contractor
7    shall enter and keep current all required BOP SENTRY transactions
8    and written documentation related to the classification and
9    program review of inmates, progress reports and central inmate
10   monitoring system.  A system of records and review to ensure
11   compliance with P.S. 5100.06, <u>Security Designation and Custody</u>
12   <u>Classification Manual,</u> and related transactions shall be
13   developed and maintained.

14   The contractor shall follow all applicable provisions related to
15   the <u>Violent Crime Control and Law Enforcement Act of 1994</u> (P.L.
16   103-322), ensuring all notification requirements are
17   accomplished.

18   A financial responsibility system mandating inmates establish a
19   financial plan to meet legitimate financial obligations in
20   accordance with 28 CFR 505 (P.L. 102-395) and 545.10 shall be
21   developed and maintained.

22   The contractor shall develop policy and procedures concerning
23   victim and/or witness notification which meet the requirements
24   outlined in 28 CFR 551 and the <u>Victim and Witness Protection Act</u>
25   <u>of 1982</u>.

26   P.  Health/Mental Health Care

27   The contractor shall provide all essential health services while
28   meeting the applicable standards and levels of quality
29   established by the ACA and the designated BOP ambulatory health
30   care accreditation provider, JCAHO.  In addition, the contractor
31   shall adhere to all applicable Federal, state and local laws and
32   regulations governing the delivery of health services and
33   establish the necessary quality controls to ensure all policies
34   and procedures are designed and implemented in a manner to
35   promote orderly and efficient delivery and management of health
36   services to the inmate population.

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  The contractor shall obtain full accreditation by JCAHO for the
2  institution within 24 months of NTP and shall maintain continual
3  compliance with applicable JCAHO standards during performance of
4  the contract.  Once full accreditation has been obtained, the
5  contractor shall maintain this accreditation throughout the life
6  of the contract, inclusive of any option year exercised.  The
7  contractor shall be responsible for all costs associated with
8  obtaining and maintaining full accreditation by JCAHO.

9   The provision of medical services commensurate to the level of
10  care available in the community is an essential component of
11  successful performance under the contract.  The contractor is
12  referred to the following list of P.S's and TRM's as guides to
13  the BOP's standard of health care delivery:

14      P.S. 6000.05        "Health Services Manual (HSM)"
15      P.S. 6010.01        "Psychiatric Treatment and Medication,
16                           Administration Safeguards For"
17      P.S. 6080.01        "Autopsies, Authority to Order"
18      P.S. 6100.01        "Health Promotion and Disease Prevention
19                           for Inmates"
20      P.S. 6190.02        "Infectious Disease Management"
21      TRM  011-01         "Pharmacy Technical Reference Manual"
22      TRM  008.02         "Sentry Medical SMD/MDS Technical
23                           Reference Manual"
24      P.S. 5310.12        "Psychology Services Manual"
25      P.S. 5324.03        "Suicide Prevention Program Statement"
26      P.S. 5310.13        "Management of Mentally Ill inmates"
27      P.S. 5324.04        "Sexual Assault Prevention/Intervention
28                           Program"

29  Administration - Prior to issuance of NTP, the contractor shall
30  designate a health services Point of Contact (POC) who shall be
31  responsible for the delivery of health services under the
32  contract.  The POC shall have full authority to act on behalf of
33  the contractor on all matters relating to the operation of the
34  health services portion of the contract.  An alternate may be
35  designated; however, the contractor shall identify those times
36  when the alternate shall be the primary POC.

37  All health care services shall be provided within the HSU.  For
38  cases of emergency and other medically necessary situations,
39  arrangements (i.e., subcontracts) shall be made with local health

33



*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1   care providers to obtain essential health services.

2   Services - The contractor shall have written plans and procedures
3   for providing urgent medical, health, mental health and dental
4   services.  The plan shall include, but is not limited to, the
5   following: (1) 24 hour a day, seven day a week emergency medical,
6   health, mental health and dental care; (2) initial health
7   screening; (3) health appraisal examination; (4) daily triaging
8   of complaints; (5) sick call procedures; (6) special medical
9   programs and services for, but not limited to, inmates with
10  chronic needs or requiring convalescent care; (7) mental health
11  and substance abuse services; (8) staffing/health care
12  specialists; (9) ancillary services - radiology, laboratory,
13  etc.; (10) dental services - routine and emergency; (11)
14  pharmaceutical services and supplies; (12) optometric services;
15  (13) health education; (14) medical diets; (15) infectious
16  diseases; and (16) quality control/peer reviews.

17  Infectious Disease - The contractor shall comply with all OSHA
18  regulations and BOP infectious disease requirements in the
19  delivery of health care services.  All inmates shall be screened
20  for Tuberculosis within 48 hours of intake and annually
21  thereafter.  Screening shall consist of either a PPD (Mantoux
22  method) or PA chest x-ray as clinically indicated.

23  Inmate Death - In the event an inmate death occurs, the
24  contractor shall immediately notify the CO and submit a written
25  report within 24 hours.  The contractor shall fingerprint (right
26  thumb or right index) the deceased and staff performing the
27  fingerprinting shall date and sign the fingerprint card to ensure
28  that positive identification has been made.  The fingerprint card
29  shall then be hand delivered to the CO.

30  Personal property of a deceased inmate shall be inventoried and
31  forwarded to the designated family member, the nearest of kin or
32  the Consular Officer of the inmate's country of birth.

33  If death is due to violence, an accident surrounded by unusual or
34  questionable circumstances, or is sudden and the deceased has not
35  been under immediate medical supervision, the contractor shall
36  notify the coroner of the local jurisdiction to request review of
37  the case, and if necessary, examination of the body.  The
38  contractor shall establish coroner notification procedures
39  outlining such issues as performance of an autopsy, who will

34

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  perform the autopsy, obtaining state-approved death certificates
2  and local transportation of the body.  In the event an autopsy is
3  conducted, the contractor shall ensure the body is turned over to
4  the designated family member, the nearest of kin or the Consular
5  Officer of the offender's country of birth.

6  In the event the deceased inmate is indigent, the Government will
7  reimburse the contractor for reasonable burial costs as approved
8  in advance by the CO.

9  Medical Records - Consistency in content and format of medical
10 records of inmates transferring between the institution and other
11 Government facilities is a critical component of care for
12 inmates.

13 The contractor shall adhere to the HSM, Chapter 5, Sections 1
14 through 17 -  Health Records, in preparing, formatting,
15 documenting, maintaining, releasing and all medicolegal aspects
16 of an inmate's medical record.  The contractor is responsible for
17 supplying medical record folders, consistent with the
18 specification provided by the BOP, only for those inmates who are
19 new designations into the institution or in cases where
20 transferred medical records cannot be located.  The Government
21 shall provide to the contractor all applicable Government forms
22 necessary to document an inmate's medical record.

23 The contractor shall adhere to HSM, Chapter 2, Section 3 -
24 Sensitive Medical Data\Medical Duty Status Reporting for the
25 reporting and accountability of medical data on all inmates
26 assigned to the institution.  This includes utilizing the SMD/MDS
27 TRM on BOPDOCS.

28 Medical Transfers - Prior to admitting an inmate to an outside
29 medical facility for inpatient care, with the exception of
30 emergency cases, the contractor shall obtain pre-certification
31 approval of the BOP's Office of Medical Designations and
32 Transportation (OMDT).  The contractor shall submit this request
33 for approval to OMDT via the BOP's SENTRY computer system using
34 the request procedures established in accordance with HSM,
35 Chapter 7.  A copy shall also be sent to the CO.

36 In emergency cases, the contractor shall submit the above
37 mentioned request to OMDT within 24 hours of the inmate's
38 admission for inpatient care to an outside medical facility.

35

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  The contractor shall adhere to Chapter 7, Section 2 of the HSM
2  regarding transfers and medical designations of inmates assigned
3  to the institution.  Medical designation to BOP Medical Referral
4  Centers or other Government facilities will be at the sole
5  discretion of the BOP.  In order to transport an inmate, the
6  patient must be in stable condition.

7  Other - The contractor shall furnish prescription eyeglasses to
8  any inmate who requires them.

9  Q.  Social Services

10  Written procedures ensuring all inmates are considered for
11  release to community-based programs consistent with 18 U.S.C.
12  3624 and P.S. 7310.03, Community Corrections Center Utilization
13  and Transfer shall be established.

14  The contractor shall develop and administer a furlough program
15  for eligible inmates consistent with the following statutory
16  provisions: 18 U.S.C. 4082 and 3622 and 28 CFR 570.

17  Written procedures shall be developed which ensure that prior to
18  release, inmates have adequate clothing, transportation to their
19  release destination and are provided an appropriate gratuity.

20  No later than eleven months prior to projected release a final
21  and specific release plan which includes a community-based
22  program shall be formulated for each inmate.

23  R.  Work and Correctional Industries

24  Inmate labor shall be used in accordance with the inmate work
25  plan developed by the contractor.  The inmate work plan may
26  include work or program assignments for industrial, maintenance,
27  custodial, service or other jobs.  The inmate work program shall
28  not conflict with any other requirement of the contract and must
29  comply with all applicable laws and regulations.

30  A contractor operated and managed industrial program providing
31  productive opportunities for the inmate population to improve
32  work habits and vocational skills is encouraged.

36

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  The system shall prevent inmates from calling any telephone
2  number not included on the inmate's official telephone list.
3  This list shall be generated within five working days of the
4  inmate's arrival and contain up to 30 telephone numbers that the
5  inmate is authorized to call via debit or collect procedures,
6  except as otherwise authorized by the Warden for good cause.

7  The contractor shall ensure and document that any individual
8  placed on an inmate's telephone list receives notice that they
9  have been placed on such list.  The notice shall advise the
10  individual of the procedures for removal from the inmate's
11  telephone list.  The contractor shall ensure that the telephone
12  numbers of an inmate's crime victim or victims are not included
13  on the inmate's official telephone list.  The contractor shall
14  allow each inmate the opportunity to update their telephone list
15  up to three times per month, except as otherwise authorized by
16  the Warden for good cause.

17  If authorized to do so under applicable law, the contractor shall
18  monitor and record inmate telephone conversations.  If inmate
19  telephone conversations can be monitored under applicable law,
20  the contractor shall provide notice to inmates of the potential
21  for monitoring.  However, the contractor shall also provide
22  procedures for inmates to be able to place unmonitored telephone
23  calls to their attorneys of record.

24  Telephone rates shall not exceed the dominant carrier tariff rate
25  and shall conform to all applicable Federal, state and local
26  telephone regulations.

27  Any income received by the contractor from collect calls which is
28  in excess of expenses incurred, to include refunds/rebates from
29  carriers, shall offset the cost of this contract.  The contractor
30  shall provide the CO with copies of any contracts between the
31  contractor and the inmate telephone system provider(s).  The
32  contractor shall provide the CO with all documentation in support
33  of any agreement that the contractor has regarding income,
34  refunds, rebates and other monetary or nonmonetary reimbursements
35  involving the inmate telephone system.  The contractor shall also
36  provide the CO with copies of all invoices and other
37  documentation of expenses incurred and income received in regards
38  to the inmate telephone system with its monthly request for
39  contract payment and apply the credit against the monthly
40  payment.  The CO shall also have total access to all telephone
41  operation records.



Contract #J1PCc-005 - Wackenhut Corrections, Corporation.

A.1  <u>Items Incorporated by Reference</u>

This contract incorporates by reference the following items of documentation:

    a.    Amendments #1 through #4;

    b.    Wackenhut Corrections, Corporation Technical Proposal dated January 28, 1999 as amended and clarified through April 13, 1999;

    c.    Wackenhut Corrections, Corporation Offer and Other Documents dated January 28, 1999, as amended and clarified through the Final Proposal Revision of April 13, 1999; and

    d.    Final Environmental Assessment, Finding of No Significant Impact (including Mitigation Measures) dated February, 2000.

In the event of a conflict between the contract terms (including the Statement of Work) and Wackenhut Corrections, Corporation proposal, the contract terms shall be controlling.

A.2  The base period of the contract shall be for thirty-six (36) months and begin upon issuance of the Notice to Proceed (NTP).

A.3  The total amount of the contract as set forth in Block 13 of the Optional (OF) 307 is the maximum amount available. The total available amount is:

    1.    The fixed price for providing all services for an average daily population up to (b)(4) during the (b)(4) month base period: **$84,886,879.00**

    2.    The fixed incremental unit price (FIUP) will apply when the average daily population exceeds (b)(4) inmates during a monthly payment period. The FIUP is applied to a maximum of (b)(4) inmate days during the (b)(4) month base period: **$2,628,000.00**

    3.    The maximum five (5) percent award fee. For the purposes of this document, the amount applied to the maximum price of the above amounts added together. Total: **$4,375,743.95**

Contract #J1PCc-005 - Wackenhut Corrections, Corporation.

**A.4**    **The total available amount as set forth in Block 13 of the OF 307 does not obligate the Government to pay this amount. Contract Payment will be in accordance with the following:**

    ▶    **Monthly Contract Payment:**
           (See Contract Section G.2, Payment Schedule)

    ▶    **Fixed Incremental Unit Price:**
           (See Contract Section G.2, Payment Schedule)

(b)(4)

    ▶    **Award Fee:** Up to a maximum five (5) percent of the total payment received for the period rated. (See Contract Section H.3, Award Fee)

**A.5**    Wackenhut Corrections Corporation. Small Business Subcontracting Plan, dated January 28 , 1999 is hereby incorporated.



# Pricing Schedule

| 1200 Low Security Male Inmates |
|:---:|

| Performance Period | | Fixed Price Operation | Incremental Unit Price Per Inmate Per Day |
|:---:|:---:|:---:|:---:|
| **BASE PERIOD:** | **NTP - Month 36** | (b)(4) (b)(4) | |
| **OPTION PERIOD 1:** | **Month 37 - Month 48** | | |
| **OPTION PERIOD 2:** | **Month 49 - Month 60** | | |
| **OPTION PERIOD 3:** | **Month 61 - Month 72** | | |
| **OPTION PERIOD 4:** | **Month 73 - Month 84** | | |
| **OPTION PERIOD 5:** | **Month 85 - Month 96** | | |
| **OPTION PERIOD 6:** | **Month 97 - Month 108** | | |
| **OPTION PERIOD 7:** | **Month 109 - Month 120** | | |

Wackenhut Corrections April 13, 1999
EOP RFP #PCC-0004-BAFO
II.B.1    Page 1



# Pricing Schedule

| 1200 Low Security Male Inmates |
|---|

| Performance Period | | Fixed Price Operation | Incremental Unit Price Per Inmate Per Day |
|---|---|---|---|
| BASE PERIOD: | NTP - Month 36 | (b)(4) | |
| OPTION PERIOD 1: | Month 37 - Month 48 | | |
| OPTION PERIOD 2: | Month 49 - Month 60 | | |
| OPTION PERIOD 3: | Month 61 - Month 72 | | |
| OPTION PERIOD 4: | Month 73 - Month 84 | | |
| OPTION PERIOD 5: | Month 85 - Month 96 | | |
| OPTION PERIOD 6: | Month 97 - Month 108 | | |
| OPTION PERIOD 7: | Month 109 - Month 120 | | |



# Pricing Schedule

| 1200 Low Security Male Inmates |
|---|

| Performance Period | | Fixed Price Operation | Incremental Unit Price Per Inmate Per Day |
|---|---|---|---|
| BASE PERIOD: | NTP - Month 36 | (b)(4) | |
| OPTION PERIOD 1: | Month 37 - Month 48 | | |
| OPTION PERIOD 2: | Month 49 - Month 60 | | |
| OPTION PERIOD 3: | Month 61 - Month 72 | | |
| OPTION PERIOD 4: | Month 73 - Month 84 | | |
| OPTION PERIOD 5: | Month 85 - Month 96 | | |
| OPTION PERIOD 6: | Month 97 - Month 108 | | |
| OPTION PERIOD 7: | Month 109 - Month 120 | | |

Conditional Acceptance of Final Offer Submitted by
**Wackenhut Corrections Corporation, April 13, 1999**
Request for Proposal PCC-0004, District of Columbia Requirement - Phase II

(A)   The Government has prepared a *Draft Environmental Assessment* (EA) pursuant to the
National Environmental Policy Act of 1969, (NEPA) as amended, for the proposed
contract award for the above referenced procurement action. The Government will issue
the Draft EA on October 7, 1999, for public review and comment. The public comment
period will close on November 14, 1999. After the close of the public comment period,
the Government will: (1) prepare and issue a Final EA and a Finding of No Significant
Impact (FONSI); (2) determine to prepare an Environmental Impact Statement (EIS); or
(3) take other appropriate action, regarding the proposed contract award.

(B)   The purpose of this conditional acceptance is to allow for meaningful public review and
comment on the potential environmental impacts of the proposed contract award. The
*Government's contractual obligation, under this conditional acceptance, is contingent
upon the completion of the NEPA process.* No legal liability on the part of the
Government for any payment shall arise unless and until **Wackenhut Corrections
Corporation** and the Government have officially signed the Optional Form 307, Contract
Award. The Government will make no final decision to award the contract until after it
has completed the NEPA process.

(C)   **Wackenhut Corrections Corporation** shall not engage or have others (public or private
entities) engage in any activity associated with the request for proposal or this conditional
acceptance that would:

    1.   Have an adverse environmental impact;
    2.   Limit the choices of reasonable alternatives to the Government; or
    3.   Constitute any irreversible and irretrievable commitments of resources
       which would be involved in the action that is the subject of the request for
       proposal, should that action be implemented.

(D)   The Government's conditional acceptance of **Wackenhut Corrections Corporation's**
offer shall be vacated if it is determined **Wackenhut Corrections Corporation** engaged
in any of the above stated activities.

AGREED:

_____
Wayne H. Calabrese,  President
Wackenhut Corrections Corporation

*5 October 1999*
Date

AGREED:

_____
Scott P. Stermer, Contracting Officer
Federal Bureau of Prisons

10/5/99
Date

## PART I - THE SCHEDULE

### SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

**B.1    SERVICES AND PRICES/COSTS**

CONTRACTOR-OWNED/CONTRACTOR-OPERATED CORRECTIONAL
FACILITY WITHIN 300 MILES OF THE UNITED STATES CAPITOL
BUILDING, WASHINGTON, D.C.

(a)    Offeror will provide, by the terms and conditions
       identified in this Request for Proposal (RFP) and any
       resulting contract, all necessary personnel, equipment,
       materials, supplies, and services (except as may be
       furnished by the Government as specifically identified
       within the RFP) and do all things necessary for, or
       incident to, the management and operation of
       comprehensive corrections services.

       These comprehensive corrections services will serve a
       population principally consisting of District of
       Columbia sentenced felons.

       Award resulting from this RFP will be of the Fixed
       Price contract type for services incorporating an
       Award-Fee provision.  At the sole discretion of the
       Government an Award-Fee may be issued to the contractor
       in recognition of superior quality performance. (See
       Section H.3 for additional information)

       The period of performance for any contract which the
       Government may award under the terms and conditions of
       this RFP will be for a three-year base period, with
       seven one-year options to extend.  Potentially, the
       contract could have a 10 year contract period.

(b)    PRICING INSTRUCTIONS

       The Government will evaluate price according to the
       Price evaluation factor in Section M.5 of the
       solicitation.

       For purposes of this solicitation, offerors must submit
       an offer for the total three-year base period
       requirement and each option period. Prices submitted on
       a single year basis will not be considered for award.

**B.1 (Continued)**

Pursuant to Federal Acquisition Regulation (FAR) 52.217-5, Evaluation of Options, the Government's evaluation of price shall be inclusive of options.

For each performance year of the multiyear base period, the Government will notify the contractor that funds are available for performance no later than the first day of the following program year. If the contractor is not notified funds are available, cancellation of the contract will occur within 60 days of the following program year.

Accordingly, program years two and three of the base period are subject to cancellation in the event funds are not available. The cancellation ceilings for these program years are as follows:

Program Year 2 - 30% of the Total Base Period Price

Program Year 3 - 15% of the Total Base Period Price

Offerors should carefully consider and give particular attention to the multiyear features of this solicitation. Any cancellation and related contractor claim for costs will be according to FAR 52.217-2, Cancellation Under Multiyear Contracts (See Section I of the solicitation) and the cancellation ceilings set forth above.

(c)    PRICING SCHEDULE

For purposes of price evaluation and according to the above instructions, offerors must enter their proposed prices on the attached Pricing Schedules as provided below.

▶    **Three Year Base Period** - For the base period, offerors must submit one fixed price. The price will be for providing all services as required by the RFP for an Average Daily Inmate Population (equivalent to 95 % of designated bed space) as stated in the individual schedules. Monthly payment shall be based upon the contractor's fixed price divided by 36 (the number of months within the performance period).

**B.1 (Continued)**

    ▸    **Fixed Incremental Unit Price** - Offerors must submit an
            incremental unit price which will apply only when the
            when the total number of inmate days, in a monthly
            payment period, exceeds 95% of the designated bed
            space.  Population will not exceed 115% of the
            designated bed space. (See Section G.2)

    ▸    **Option Periods** - Offerors must follow the directions
            provided above for each option period.  Monthly payment
            will be based upon the contractor's fixed price divided
            by 12 (the number of months within the an option
            performance period).

**B.1 (Continued)**

- ► **Fixed Incremental Unit Price** - Offerors must submit an incremental unit price which will apply only when the when the total number of inmate days, in a monthly payment period, exceeds 95% of the designated bed space. Population will not exceed 115% of the designated bed space. (See Section G.2)

- ► **Option Periods** - Offerors must follow the directions provided above for each option period. Monthly payment will be based upon the contractor's fixed price divided by 12 (the number of months within the an option performance period).

## SECTION D - PACKAGING AND MARKING

THERE ARE NO CLAUSES INCLUDED IN THIS SECTION

## SECTION E - INSPECTION AND ACCEPTANCE

**E.1    52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)**

(a)  Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b)  The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract.  Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c)  The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract.  The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d)  If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e)  If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount.  When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f)  If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

## E.2   QUALITY CONTROL AND QUALITY ASSURANCE

Evaluation Techniques for Quality Assurance of Contractor
Performance and Contractor Quality Control are addressed in
Section J, Attachments 2 and 4 respectively.

### GOVERNMENT QUALITY ASSURANCE

1.   The BOP's Quality Assurance Program (QAP) is based on
     the premise that the contractor, and not the BOP, is
     responsible for management and quality control actions
     to meet the terms of the contract.  The QAP procedures
     recognize that the contractor is not a perfect manager
     and that unforeseen and uncontrollable problems do
     occur.  Good management and use of an adequate QCP will
     allow the contractor to operate within acceptable
     quality levels.

     In accordance with FAR 52.246-4, Inspection of
     Services--Fixed-Price, each phase of the services
     rendered under this contract is subject to BOP
     inspection both during the contractor's operations and
     after completion of the tasks.  When the contractor is
     advised of any unsatisfactory condition(s), the
     contractor shall submit a written report to the
     Contracting Officer addressing corrective/preventive
     actions taken.  The BOP's QAP is not a substitute for
     quality control by the contractor.

2.   The Contracting Officer's Representative (COR) and/or
     the Contracting Officer's Technical Representatives
     (COTR) may check the contractor's performance and
     document any noncompliance, however, only the
     Contracting Officer may take formal action against the
     contractor for unsatisfactory performance.  (See
     Section G for additional information on the COR and
     COTRs.)

3.   The BOP may reduce the contractor's invoice or
     otherwise withhold payment for any individual item of
     nonconformance observed as specified below in the
     Contractor's Failure to Provide Services Clause.  The
     Government may apply various inspection and
     extrapolation techniques (i.e., 100 % surveillance,
     random sampling, planned sampling, unscheduled
     inspections, etc.) to determine the quality of services
     and the total payment due.

**E.6 (Continued)**

    (b)   Upon receipt of a proper invoice, the COR will coordinate with the COTRs to VERIFY that the services were satisfactorily performed. (Reductions for nonconforming services will be coordinated with the Contracting Officer.)

    (c)   The COR then must CERTIFY the invoice for payment BEFORE it is forwarded to the Finance Office for PAYMENT.

**E.3  CONTRACTOR'S FAILURE TO PERFORM REQUIRED SERVICES**

The rights of the Government and remedies described in this section are in addition to all other rights and remedies set forth in this solicitation. Specifically, the Government reserves its rights under the Inspection of Services and Termination Clauses. Any reductions in the contractor's invoice shall reflect the contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for default based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

**E.4  INSPECTION BY REGULATORY AGENCIES**

Work described within the contract is subject to inspection by other regulatory agencies. The contractor shall respond to all requests for information and inspection or review findings by regulatory agencies.

**E.5  PERFORMANCE EVALUATION MEETINGS**

The contractor's representatives shall meet with the COR, COTRs and the Contracting Officer on a regular basis as determined necessary by the Contracting Officer. These meetings will provide a management level review and assessment of contractor performance, a discussion and resolution of problems, and, if applicable, a draft of the contractor's proposed invoice. A mutual effort will be made to resolve all problems identified. The contractor is responsible for the preparation of the meeting minutes. The written meeting minutes shall be signed by the contractor's representative and the BOP's representative.

**E.6  INSPECTION AND RECEIVING REPORT**

(a)  The contractor shall prepare an original invoice plus two copies. (See Section G for invoice preparation.) The ORIGINAL INVOICE shall be furnished to the COR. An additional copy of the invoice, clearly marked as an INFORMATION COPY, shall be submitted to the Contracting Officer to increase efficiency in the certification process.

## SECTION F - DELIVERIES OR PERFORMANCE

**F.1   52.252-2   CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address: **http://www.arnet.gov/far/**.

I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | TITLE | DATE |
|--------|-------|------|
| 52.242-15 | STOP-WORK ORDER | AUG 1989 |

**F.2   PERFORMANCE**

(a)   The contractor's ability to perform in accordance with the terms of the contract will be assessed by the BOP prior to issuance of the Notice to Proceed (NTP).

In order to receive the NTP, the contractor must be determined by the BOP to be in compliance with contract requirements and capable of assuming full responsibility for performance.  The determination of contractor compliance with contract requirements applicable to issuance of the NTP are at the discretion of the CO.  The BOP reserves its rights under the contract should the contractor fail to comply with the requirements necessary for issuance of the NTP.

Contract performance shall begin upon written issuance of the NTP signed by the CO.

Acceptance of inmates by the contractor shall be within 30 days from issuance of the NTP.

For the purpose of this solicitation, "contract award" is defined as the date the award document is signed by the CO.

(b)    The anticipated periods of performance include:

```
Base Period:            NTP through  36 months
Option Year 1:  37 months through  48 months
Option Year 2:  49 months through  60 months
Option Year 3:  61 months through  72 months
Option Year 4:  73 months through  84 months
Option Year 5:  85 months through  96 months
Option Year 6:  97 months through 108 months
Option Year 7: 109 months through 120 months
```

(c)    The performance period of the contract shall be effective from the NTP through 36 months with the Government's unilateral right to exercise the 7 individual one-year option periods in accordance with the terms of this contract.

(d)    In accordance with FAR 52.217-8, Option to Extend Services, the Government may require continued performance of any services within the limits and at the rates specified in the contract. The Contracting Officer may exercise this option by unilateral modification provided to the contractor no later than the last day of the base period or any option period exercised as identified in Part I, Sections B and F.

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1  CONTRACTING OFFICER'S REPRESENTATIVE

(a)  An individual shall be named after contract award and designated as the Contracting Officer's Representative (COR) to act as contract monitor. Numerous individuals will also be named after contract award and designated as Contracting Officer's Technical Representatives (COTR).  The COTRs will assist the COR in the performance of monitoring

(b)  The contract monitor is responsible for the technical direction of the performance of all work under this contract.  The term "technical direction" is defined to include, without limitation, the following:

    1.  Directions to the contractor which re-direct the contract effort, shift work emphasis between areas or tasks, require pursuit of certain lines of inquiry, fill in details or otherwise serve to accomplish the contractual scope of work.

    2.  Supply information to the Contractor which assists in the interpretation of technical portions of the Statement of Work.

    3.  Review, inspect, and accept reports and information to be provided by the Contractor to the Government under the contract.

    4.  Evaluate the performance and certify all invoices for payment.

(c)  Technical direction must be within the general scope of work stated in the contract.  The contract monitor does not have authority to, and may not issue, any direction which:

    1.  Constitutes an assignment of additional work outside the general scope of the contract.

    2.  Constitutes a change as defined in the contract clause entitled "Changes".

    3.  Change any of the expressed terms, conditions, fixed price, or time for contract performance. Any such revisions shall be authorized in writing only by the Contracting Officer.

**G.1 (Continued)**

(d)  In the event the contract monitor desires a change to
the contract within one or more of the categories as
defined in (1) through (3) of paragraph (b), he must
direct such request to the Contracting Officer. The
Contracting Officer will handle such request within
applicable laws and regulations.

(e)  During the term of the contract, the Contracting
Officer, or his successor, shall administer the
contract on behalf of the Government. Technical matters
which cannot be resolved by the Contractor and the
contract monitor as well as other contractual
difficulties, are to be brought to his immediate
attention.  The Contracting Officer may be reached at
the e-mail address and telephone number shown on the
OF 308, block 7.

**G.2  PAYMENT SCHEDULE**

In consideration for the contractor's satisfactory
performance of services called for under this contract, the
BOP shall make payment to the contractor at the rates
identified in the schedule.  For billing purposes, inmate
days will be calculated based upon a daily official (SENTRY)
inmate count to be specified by the BOP subsequent to award.

Monthly payment shall be based upon the contractor's fixed
price divided by the number of months within each
performance period.  For the base period and each option
period, the fixed incremental unit price will only apply
when the number of inmate days within the monthly payment
period exceeds 95% of the designated bed space.  Except for
inmates receiving outside medical care, inmates not
physically located within the facility shall not be included
in the Average Daily Population.

The contractor assumes full responsibility and risk to
perform required services identified within the SOW
regardless of unforeseen events, including Acts of God.
Should an Act of God occur which results in the contractor
being unable to meet contract requirements, the Government
reserves its rights under the contract to reduce the
contract value.

Should it become necessary during performance to reduce the
inmate population within any monthly payment period below an
average daily population due to deficient contract
performance, the BOP shall reduce the base price and payment

**G.2 (Continued)**

by a percentage corresponding to the reduced population. The determination of the contractor's deficient contract performance shall be at the sole discretion of the BOP.

**G.3   BILLING PROCEDURE**

(a) The Government will make payments to the Contractor on a monthly basis, promptly after receipt of an appropriate invoice.

(b) The Contractor shall provide a remittance address below:

Wackenhut Corrections Corporation

P.O. Box 277469

Atlanta, GA 30384-7469

**G.4   KEY PERSONNEL**

In accordance with the clause entitled "Changes in Key Personnel" included in Part II, Section H, the following positions are considered key personnel:

Project Coordinator
Warden
Associate Warden(s)
Case Management Coordinator
Chief Correctional Supervisor and Shift Supervisors
Computer Services Manager
Facility Manager/Administrator
Food Service Administrator
Inmate Systems/Records Office Manager
Medical Services Administrator
Quality Control Specialist
Safety/Environmental Specialist
Administrator Religious Activities

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1  CHANGE IN KEY PERSONNEL**

Following contract award, any change in key personnel during
contract performance, is subject to the review and approval
of the COR.  The Contractor shall submit evidence that the
qualifications of the prospective replacement personnel are
equal to or greater than personnel vacating the positions.
Such requests for review and approval shall be in writing.

**H.2  AWARD-FEE DETERMINATION PLAN**

The Award-Fee Determination Plan (AFDP) upon which the
determination of award fee is based is contained as an
attachment in Part III, Section J.

The AFDP may be revised unilaterally by the Government at
any time during the period of performance of the contract;
however, any such revision will be subject to timely
contractor notification and will not become effective until
the subsequent evaluation period.

**H.3  AWARD-FEE**

The award-fee provided for in this clause shall be in
addition to the base price.  Beginning on the effective date
of this contract, the Government shall evaluate the
contractor's performance on a semi-annual basis to determine
if the contractor is eligible for an award-fee.

During the base period and each succeeding option period,
the contractor may earn a minimum award-fee of zero dollars
to a maximum award-fee of five percent of the total payment
received for the period rated (excluding reimbursable
costs).  The balance of any unearned award-fee for the
evaluation period is not carried over to any subsequent
evaluation period.

The contractor agrees that the evaluation of performance and
the determination as to the amount of award-fee earned will
be made by the BOP Fee Determination Official (FDO), in
accordance with the attachment in Part III, Section J and
that said determination shall be final and not subject to
the terms of the "Disputes" clause or any appeal.  The
contractor shall be advised in writing of the determination
and of the reasons why the award-fee was earned or why it
was not earned in order that the contractor may improve its
performance, if the latter is applicable.

**H.3 (continued)**

This contract will be modified by a unilateral contract modification, executed by the Contracting Officer when an award-fee, if any, has been determined by the FDO to be applicable.

The contract modification shall set forth the amount of award-fee earned for the evaluated performance period. Upon receipt of the contract modification, the total award-fee earned for the evaluated period shall be paid upon receipt of a separate voucher submitted by the contractor.

**H.4    PRE-PERFORMANCE CONFERENCE**

A pre-performance conference between the BOP and the awardee will be held within 45 days after award.

The purpose of the pre-performance conference is to: discuss and develop a mutual understanding concerning scheduling and administering the work; introduce BOP and contractor staff; and resolve as many potential problems as possible before performance.

Contractor participation in the pre-performance conference is required. The Project Coordinator, and other contractor personnel as identified by the Contracting Officer, will be required to attend the pre-performance conference.

**H.5    INSURANCE REQUIREMENTS**

Coverage shall be at least to the following minimum limits. If the contractor has or obtains primary and umbrella excess policies, there shall be no gap between them.

(1)    Workers' Compensation Insurance in an amount required by state law for all employees of the contractor;

(2)    General Liability Insurance in an amount not less than two million dollars ($2,000,000) for each occurrence with an aggregate of at least five million dollars ($5,000,000). Stand alone coverage for this project is desired. However, if the commercial general liability format is used, the aggregate limits are to apply per location and per project.

**H.5 (continued)**

Coverage should be extended to include civil rights
violations, which will include all claims brought by
any persons based in whole or in part on an alleged
violation of the United States Constitution, statutes,
or regulations. Coverage shall include medical and
professional liability for nurses, doctors, attorneys,
counselors, psychologists and/or social workers.
Coverage to include unlimited defense coverage in
addition to limits of liability;

(3)  Automobile and other vehicle liability insurance in an
amount not less than $2,000,000 per occurrence,
insurance is to be provided under a business auto form;

(4)  Insurance in an amount not less than $50,000 covering
instances of employee dishonesty.

Contractor must provide proof prior to performance date that
all required insurance has been obtained. Proof of the
renewal will be required on the anniversary date of the
policy.

## PART II - CONTRACT CLAUSES

### SECTION I - CONTRACT CLAUSES

## I.1  52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address: **http://www.arnet.gov/far/.**

I.    FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.202-1 | DEFINITIONS | OCT 1995 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JUN 1997 |
| 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER | JUN 1996 |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | JUL 1995 |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION | AUG 1996 |
| 52.215-8 | ORDER OF PRECEDENCE | OCT 1997 |
| 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | OCT 1997 |
| 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA | OCT 1997 |
| 52.215-15 | TERMINATION OF DEFINED BENEFIT PENSION PLANS | OCT 1997 |
| 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES | OCT 1997 |
| 52.217-2 | CANCELLATION UNDER MULTIYEAR CONTRACTS | OCT 1997 |

I.1   (Continued)

| NUMBER | TITLE | DATE |
|--------|-------|------|
| 52.219-8 | UTILIZATION OF SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS CONCERNS | JUN 1997 |
| 52.219-9 | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN | AUG 1998 |
| 52.219-16 | LIQUIDATED DAMAGES--SUBCONTRACTING PLAN | AUG 1998 |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES | FEB 1997 |
| 52.222-3 | CONVICT LABOR | AUG 1996 |
| 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION | JUL 1995 |
| 52.222-26 | EQUAL OPPORTUNITY | APR 1984 |
| 52.222-28 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS | APR 1984 |
| 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | JUN 1998 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | JUN 1998 |
| 52.222-41 | SERVICE CONTRACT ACT OF 1965, AS AMENDED | MAY 1989 |
| 52.222-43 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) | MAY 1989 |
| 52.223-2 | CLEAN AIR AND WATER | APR 1984 |
| 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA | JUN 1997 |
| 52.223-6 | DRUG-FREE WORKPLACE | JAN 1997 |
| 52.223-12 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS | MAY 1995 |
| 52.223-14 | TOXIC CHEMICAL RELEASING REPORTING | OCT 1996 |
| 52.224-1 | PRIVACY ACT NOTIFICATION | APR 1984 |
| 52.224-2 | PRIVACY ACT | APR 1984 |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | AUG 1998 |
| 52.227-1 | AUTHORIZATION AND CONSENT | JUL 1995 |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | AUG 1996 |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | JAN 1991 |

**I.6 (Continued)**

    (i)       Employment;
    (ii)      Upgrading
    (iii)     Demotion or transfer;
    (iv)     Recruitment;
    (v)      Advertising;
    (vi)     Layoff or termination;
    (vii)    Rates of pay or other forms of compensation; and
    (viii)   Selection for training, including apprenticeship

    (2)    The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor (Secretary) issued under the Vietnam Era Veterans' Readjustment Assistance Act of 1972 (the Act), as amended.

  (c)   Listing openings. (1) The Contractor agrees to list all employment openings existing at contract award or occurring during contract performance, at the appropriate office of the State employment service system in the locality where the opening occurs.  These openings including those occurring at any Contractor facility, including one not connected with  performing this contract.  An independent corporate affiliate is exempt from this requirement.

    (2)    State and local government agencies holding Federal contracts of $10,000 or more shall also list all their openings with the appropriate office of the State employment service.

    (3)    The listing of employment openings with the State employment service system is required at least on currently with using any other recruitment source or effort and involves the obligations of placing a bona fide job order, including accepting referrals of veterans and nonveterans.  This listing does not require hiring any particular job applicant or hiring from any particular group of job applicants and is not intended to relieve the Contractor from any requirements of Executive orders or regulations concerning nondiscrimination in employment.

    (4)    Whenever the Contractor becomes contractually bound to the listing terms of this clause, it shall advise the State employment service system, in each State where it has establishments, of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these terms and has so advised the State system, it need not advise

**I.6 (Continued)**

the State system of subsequent contracts. The Contractor may advise the State system when it is no longer bound by this contract clause.

(5) Under the most compelling circumstances, an employment opening may not be suitable for listing, including situations when (i) the Government's needs cannot reasonably be supplied, (ii) listing would be contrary to national security, or (iii) the requirement of listing would not be in the Government's interest.

(d) Applicability. (1) This clause does not apply to the listing of employment openings which occur and are filled outside the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, and the Virgin Islands.

(2) The terms of paragraph (c) above of this clause do not apply to openings that the Contractor proposes to fill from within its own organization or under a customary and traditional employer-union hiring arrangement. This exclusion does not apply to a particular opening once an employer decides to consider applicants outside of its own organization or employer-union arrangement for that opening.

(e) Postings. (1) The Contractor agrees to post employment notices stating (i) the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified special disabled veterans and veterans of the Vietnam era, and (ii) the rights of applicants and employees.

(2) These notices shall be posted in conspicuous places that are available to employees and applicants for employment. They shall be in a form prescribed by the Director, Office of Federal Contract Compliance Programs, Department of Labor (Director), and provided by or through the Contracting Officer.

(3) The Contractor shall notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of the Act, and is committed to take affirmative action to employ, and advance in employment, qualified special disabled and Vietnam Era veterans.

I.6 **(Continued)**

    (f)   Noncompliance. If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the      Secretary issued pursuant to the Act.

    (g)   Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Director to enforce the terms, including action for noncompliance.

I.7  **52.244-6, SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (APR 1998)**

(a) Definition.

Commercial item, as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

Subcontract, as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212(a))

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

**I.7 (Continued)**

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

**I.8   52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY:   IT IS NOT A WAGE DETERMINATION.

| | | |
|---|---|---|
| 21400 | Warehouse Specialist | WG 5, 6 |
| 47340 | Chief Cook/Steward | WG 8 |
| 12190 | Medical Record Technician | GS 7 |
| 07041 | Cook I | WG 7, 8 |
| 07042 | Cook II | WG 8 |
| 07010 | Baker | WG 7 |
| 01314 | Secretary IV | GS 7 |
| 01313 | Secretary III | GS 6 |
| 27006 | Corrections Officer | GS 7, 8 |
| 99260 | Instructor | GS 9, 11 |
| 99500 | Recreation Specialist | GS 7, 9 |
| 01264 | Personnel Assistant IV | GS 6 |
| 01262 | Personnel Assistant II | GS 4 |
| 01400 | Supply Technician | GS 7 |
| 23760 | Painter, Maintenance | WG 9 |
| 23800 | Plumber, Maintenance | WG 9 |
| 23130 | Carpenter, Maintenance | WG 9 |
| 23182 | Electronics Tech., Maintenance II | WG 9 |
| 23400 | Heating, Refrigeration & AC Mech. | WG 9 |
| 23370 | General Maintenance Worker | WG 8 |
| 05040 | Automotive Worker | WG 8 |
| 11090 | Gardener | WG 7,8 |
| 23790 | Pipefitter, Maintenance | WG 10 |
| 25010 | Boiler Tender | WG 10 |
| 25040 | Sewage Plant Operator | WG 9 |
| 25070 | Stationary Engineer | WG 10 |
| 25190 | Ventilation Equipment Tender | WG 5 |
| 25210 | Water Treatment Plant Operator | WG 9 |
| 29360 | Paralegal/Legal Assistant | GS 7,9 |
| 13047 | Librarian | GS 8 |

**I.8 (Continued)**

| | | |
|---|---|---|
| 12224 | Nursing Assistant | GS 5,6 |
| 12070 | Licensed Practical Nurse | GS 7,8 |
| 23931 | Telecommunications Mechanic | WG 10 |

**I.9   52.222-49 SERVICE CONTRACT ACT--PLACE OF PERFORMANCE UNKNOWN (MAY 1989)**

(a)   This contract is subject to the Service Contract Act, and the place of performance was unknown when the solicitation was issued.   In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following: DISTRICT OF CLOUMBIA.   The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by no later than 15 calander days after issuance of this solicitation.

(b)   Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals.   However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

**I.10  52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)**

Funds are not presently available for performance under this contract beyond **Program Year #1**.   The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made.   No legal liability on the part of the Government for any payment may arise for performance under this contract beyond **Program Year #1**, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

**I.11  52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)**

(a)   The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of " (DEVIATION) " after the date of the clause.

**I.11  (Continued)**

    (b)   The use in this solicitation or contract of any Department of Justice clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**Part III - - List of Documents, Exhibits and Other Attachments**
**Section J - List of Attachments**

| Attachment No. | Title | No. of Pages |
|:---:|---|:---:|
| 1 | Wage Determination Rate Number: *94-2401, Rev. 10* | 9 |
| 2 | Evaluation Techniques for Quality Assurance of Contractor Performance | 3 |
| 3 | Performance Requirements Summary | 5 |
| 4 | *Contractor Quality Control* | 4 |
| 5 | Award Fee Determination Plan | 12 |
| 6 | Standards of Employee Conduct and Responsibility | 5 |
| 7 | Scope and Coverage of LBI and Reinvestigation | 4 |
| 8 | Adjudication Standards for Resolving LBI and Periodic Reinvestigation | 6 |
| 9 | Not Used | |
| 10 | Small Business Subcontracting Plan | 13 |
| 11 | Not Used | |
| 12 | Not Used | |
| 13 | Not Used | |
| 14 | Security Door and Hardware Requirements | 20 |
| 15 | Information Systems | 3 |
| 16 | Procedural Guidance for Complying with National Environmental Policy Act Requirements | 10 |
| 17 | Y2K Certification | 1 |
| | | |
| | | |
| | **Total Pages** | 95 |

REGISTER OF WAGE DETERMINATION UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
Washington, D.C. 20210

Division of    Wage Determinations

Wage Determination No.: 94-2401
Revision No.: 10
Date of Last Revision: 09/09/1998

State(s): North Carolina

Areas: North Carolina COUNTIES OF Bertie, Durham, Edgecombe, Franklin,
Granville, Halifax, Hertford, Nash, Northampton, Orange, Person,
Vance, Wake, Warren

** Fringe Benefits Required For All Occupations Included In
This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| **Administrative Support and Clerical Occupations:** | |
| 01011 Accounting Clerk I | $ 9.36 |
| 01012 Accounting Clerk II | $ 9.66 |
| 01013 Accounting Clerk III | $ 11.01 |
| 01014 Accounting Clerk IV | $ 13.93 |
| 01030 Court Reporter | $ 12.03 |
| 01050 Dispatcher, Motor Vehicle | $ 12.94 |
| 01060 Document Preparation Clerk | $ 10.30 |
| 01070 Messenger (Courier) | $ 7.57 |
| 01090 Duplicating Machine Operator | $ 10.30 |
| 01110 Film/Tape Librarian | $ 11.82 |
| 01115 General Clerk I | $ 7.57 |
| 01116 General Clerk II | $ 8.06 |
| 01117 General Clerk III | $ 10.30 |
| 01118 General Clerk IV | $ 11.39 |
| 01120 Housing Referral Assistant | $ 14.42 |
| 01131 Key Entry Operator I | $ 7.39 |
| 01132 Key Entry Operator II | $ 8.56 |
| 01191 Order Clerk I | $ 9.36 |
| 01192 Order Clerk II | $ 10.31 |
| 01261 Personnel Assistant (Employment) I | $ 10.53 |
| 01262 Personnel Assistant (Employment) II | $ 11.82 |
| 01263 Personnel Assistant (Employment) III | $ 12.03 |
| 01264 Personnel Assistant (Employment) IV | $ 12.39 |
| 01270 Production Control Clerk | $ 12.39 |
| 01290 Rental Clerk | $ 11.82 |
| 01300 Scheduler, Maintenance | $ 11.82 |
| 01311 Secretary I | $ 11.82 |
| 01312 Secretary II | $ 12.03 |
| 01313 Secretary III | $ 12.39 |
| 01314 Secretary IV | $ 15.28 |
| 01315 Secretary V | $ 18.05 |
| 01320 Service Order Dispatcher | $ 11.82 |
| 01341 Stenographer I | $ 10.36 |
| 01342 Stenographer II | $ 11.82 |
| 01400 Supply Technician | $ 13.17 |
| 01420 Survey Worker (Interviewer) | $ 12.03 |
| 01460 Switchboard Operator-Receptionist | $ 8.88 |
| 01510 Test Examiner | $ 12.03 |
| 01520 Test Proctor | $ 12.03 |

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 2

| | |
|---|---|
| 01531 Travel Clerk I | $ 7.35 |
| 01532 Travel Clerk II | $ 7.80 |
| 01533 Travel Clerk III | $ 8.27 |
| 01611 Word Processor I | $ 9.17 |
| 01612 Word Processor II | $ 10.30 |
| 01613 Word Processor III | $ 12.82 |

**Automatic Data Processing Occupations:**

| | |
|---|---|
| 03010 Computer Data Librarian | $ 10.12 |
| 03041 Computer Operator I | $ 10.12 |
| 03042 Computer Operator II | $ 13.53 |
| 03043 Computer Operator III | $ 13.75 |
| 03044 Computer Operator IV | $ 15.93 |
| 03045 Computer Operator V | $ 17.44 |
| 03071 Computer Programmer I 1/ | $ 11.99 |
| 03072 Computer Programmer II 1/ | $ 14.84 |
| 03073 Computer Programmer III 1/ | $ 18.17 |
| 03074 Computer Programmer IV 1/ | $ 21.54 |
| 03101 Computer Systems Analyst I 1/ | $ 19.00 |
| 03102 Computer Systems Analyst II 1/ | $ 22.65 |
| 03103 Computer Systems Analyst III 1/ | $ 26.00 |
| 03160 Peripheral Equipment Operator | $ 10.12 |

**Automotive Service Occupations:**

| | |
|---|---|
| 05005 Automobile Body Repairer, Fiberglass | $ 15.98 |
| 05010 Automotive Glass Installer | $ 14.11 |
| 05040 Automotive Worker | $ 14.11 |
| 05070 Electrician, Automotive | $ 11.91 |
| 05100 Mobile Equipment Servicer | $ 12.85 |
| 05130 Motor Equipment Metal Mechanic | $ 14.70 |
| 05160 Motor Equipment Metal Worker | $ 14.11 |
| 05190 Motor Vehicle Mechanic | $ 15.98 |
| 05220 Motor Vehicle Mechanic Helper | $ 11.77 |
| 05250 Motor Vehicle Upholstery Worker | $ 13.34 |
| 05280 Motor Vehicle Wrecker | $ 14.11 |
| 05310 Painter, Automotive | $ 14.11 |
| 05340 Radiator Repair Specialist | $ 14.11 |
| 05370 Tire Repairer | $ 12.85 |
| 05400 Transmission Repair Specialist | $ 15.66 |

**Food Preparation and Service Occupations:**

| | |
|---|---|
| 07010 Baker | $ 8.46 |
| 07041 Cook I | $ 7.52 |
| 07042 Cook II | $ 8.46 |
| 07070 Dishwasher | $ 5.58 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 5.58 |
| 07130 Meat Cutter | $ 8.46 |
| 07250 Waiter/Waitress | $ 6.06 |

**Furniture Maintenance and Repair Occupations:**

| | |
|---|---|
| 09010 Electrostatic Spray Painter | $ 15.29 |
| 09040 Furniture Handler | $ 10.36 |
| 09070 Furniture Refinisher | $ 15.29 |
| 09100 Furniture Refinisher Helper | $ 12.02 |
| 09110 Furniture Repairer, Minor | $ 13.66 |
| 09130 Upholsterer | $ 15.29 |

**General Service and Support Occupations:**

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 3

```
11030 Cleaner, Vehicles                                       $  5.58
11060 Elevator Operator                                       $  5.58
11090 Gardener                                                $  7.52
11121 Housekeeping Aide I                                     $  5.15
11122 Housekeeping Aide II                                    $  5.58
11150 Janitor                                                 $  5.58
11210 Laborer, Grounds Maintenance                            $  6.06
11240 Maid or Houseman                                        $  5.15
11270 Pest Controller                                         $  7.99
11300 Refuse Collector                                        $  5.58
11330 Tractor Operator                                        $  7.03
11360 Window Cleaner                                          $  6.06
```

**Health Occupations:**

```
12020 Dental Assistant                                        $ 10.09
12040 Emergency Medical Technician/Paramedic Ambulance Driver $ 10.09
12071 Licensed Practical Nurse I                              $  8.03
12072 Licensed Practical Nurse II                             $  9.02
12073 Licensed Practical Nurse III                            $ 10.09
12100 Medical Assistant                                       $  9.02
12130 Medical Laboratory Technician                           $  9.02
12160 Medical Record Clerk                                    $  9.02
12190 Medical Record Technician                               $ 12.49
12221 Nursing Assistant I                                     $  6.55
12222 Nursing Assistant II                                    $  7.36
12223 Nursing Assistant III                                   $  8.03
12224 Nursing Assistant IV                                    $  9.02
12250 Pharmacy Technician                                     $ 11.24
12280 Phlebotomist                                            $  9.03
12311 Registered Nurse I                                      $ 12.49
12312 Registered Nurse II                                     $ 15.28
12313 Registered Nurse II, Specialist                         $ 15.28
12314 Registered Nurse III                                    $ 18.49
12315 Registered Nurse III, Anesthetist                       $ 18.49
12316 Registered Nurse IV                                     $ 22.16
```

**Information and Arts Occupations:**

```
13002 Audiovisual Librarian                                   $ 15.28
13011 Exhibits Specialist I                                   $ 15.10
13012 Exhibits Specialist II                                  $ 18.70
13013 Exhibits Specialist III                                 $ 22.88
13041 Illustrator I                                           $ 15.10
13042 Illustrator II                                          $ 18.70
13043 Illustrator III                                         $ 22.88
13047 Librarian                                               $ 18.05
13050 Library Technician                                      $ 12.03
13071 Photographer I                                          $ 13.50
13072 Photographer II                                         $ 15.10
13073 Photographer III                                        $ 18.70
13074 Photographer IV                                         $ 22.88
13075 Photographer V                                          $ 27.28
```

**Laundry, Drycleaning, Pressing and Related Occups:**

```
15010 Assembler                                               $  5.79
15030 Counter Attendant                                       $  5.79
15040 Dry Cleaner                                             $  6.97
15070 Finisher, Flatwork, Machine                             $  5.79
15090 Presser, Hand                                           $  5.79
15100 Presser, Machine, Drycleaning                           $  5.79
15130 Presser, Machine, Shirts                                $  5.79
```

WAGE DETERMINATION NO.:94-2401 (Rev.10)   ISSUE DATE:09/09/1998   Page 4

| | |
|---|---|
| 15160 Presser, Machine, Wearing Apparel, Laundry | $ 5.79 |
| 15190 Sewing Machine Operator | $ 7.41 |
| 15220 Tailor | $ 7.82 |
| 15250 Washer, Machine | $ 6.13 |

**Machine Tool Operation and Repair Occupations:**

| | |
|---|---|
| 19010 Machine-Tool Operator (Toolroom) | $ 12.85 |
| 19040 Tool and Die Maker | $ 18.45 |

**Materials Handling and Packing Occupations:**

| | |
|---|---|
| 21010 Fuel Distribution System Operator | $ 12.85 |
| 21020 Material Coordinator | $ 13.66 |
| 21030 Material Expediter | $ 13.66 |
| 21040 Material Handling Laborer | $ 9.53 |
| 21050 Order Filler | $ 8.72 |
| 21071 Forklift Operator | $ 12.02 |
| 21080 Production Line Worker (Food Processing) | $ 10.43 |
| 21100 Shipping/Receiving Clerk | $ 10.16 |
| 21130 Shipping Packer | $ 10.16 |
| 21140 Store Worker I | $ 7.99 |
| 21150 Stock Clerk (Shelf Stocker; Store Worker II) | $ 10.60 |
| 21210 Tools and Parts Attendant | $ 10.43 |
| 21400 Warehouse Specialist | $ 10.43 |

**Mechanics and Maintenance and Repair Occupations:**

| | |
|---|---|
| 23010 Aircraft Mechanic | $ 15.98 |
| 23040 Aircraft Mechanic Helper | $ 11.66 |
| 23050 Aircraft Quality Control Inspector | $ 16.11 |
| 23060 Aircraft Servicer | $ 13.66 |
| 23070 Aircraft Worker | $ 14.47 |
| 23100 Appliance Mechanic | $ 15.29 |
| 23120 Bicycle Repairer | $ 12.85 |
| 23125 Cable Splicer | $ 15.98 |
| 23130 Carpenter, Maintenance | $ 15.29 |
| 23140 Carpet Layer | $ 14.47 |
| 23160 Electrician, Maintenance | $ 15.98 |
| 23181 Electronics Technician, Maintenance I | $ 16.51 |
| 23182 Electronics Technician, Maintenance II | $ 17.43 |
| 23183 Electronics Technician, Maintenance III | $ 18.44 |
| 23260 Fabric Worker | $ 13.66 |
| 23290 Fire Alarm System Mechanic | $ 15.98 |
| 23310 Fire Extinguisher Repairer | $ 12.85 |
| 23340 Fuel Distribution System Mechanic | $ 15.98 |
| 23370 General Maintenance Worker | $ 14.47 |
| 23400 Heating, Refrigeration and Air-Conditioning Mechanic | $ 15.98 |
| 23430 Heavy Equipment Mechanic | $ 15.98 |
| 23440 Heavy Equipment Operator | $ 14.62 |
| 23460 Instrument Mechanic | $ 15.98 |
| 23470 Laborer | $ 5.58 |
| 23500 Locksmith | $ 15.29 |
| 23530 Machinery Maintenance Mechanic | $ 15.98 |
| 23550 Machinist, Maintenance | $ 15.98 |
| 23580 Maintenance Trades Helper | $ 12.02 |
| 23640 Millwright | $ 15.98 |
| 23700 Office Appliance Repairer | $ 15.29 |
| 23740 Painter, Aircraft | $ 15.29 |
| 23760 Painter, Maintenance | $ 15.29 |
| 23790 Pipefitter, Maintenance | $ 15.98 |
| 23800 Plumber, Maintenance | $ 15.29 |
| 23820 Pneudraulic Systems Mechanic | $ 15.98 |

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 5

| | |
|---|---|
| 23850 Rigger | $ 15.98 |
| 23870 Scale Mechanic | $ 14.47 |
| 23890 Sheet-Metal Worker, Maintenance | $ 15.98 |
| 23910 Small Engine Mechanic | $ 14.47 |
| 23930 Telecommunications Mechanic I | $ 15.98 |
| 23931 Telecommunications Mechanic II | $ 16.80 |
| 23950 Telephone Lineman | $ 15.98 |
| 23960 Welder, Combination, Maintenance | $ 15.98 |
| 23965 Well Driller | $ 15.98 |
| 23970 Woodcraft Worker | $ 15.98 |
| 23980 Woodworker | $ 12.85 |

Personal Needs Occupations:

| | |
|---|---|
| 24570 Child Care Attendant | $  6.19 |
| 24580 Child Care Center Clerk | $  7.72 |
| 24600 Chore Aide | $  5.15 |
| 24630 Homemaker | $  8.57 |

Plant and System Operation Occupations:

| | |
|---|---|
| 25010 Boiler Tender | $ 15.98 |
| 25040 Sewage Plant Operator | $ 15.29 |
| 25070 Stationary Engineer | $ 15.98 |
| 25190 Ventilation Equipment Tender | $ 12.02 |
| 25210 Water Treatment Plant Operator | $ 15.29 |

Protective Service Occupations:

| | |
|---|---|
| 27004 Alarm Monitor | $  8.34 |
| 27006 Corrections Officer | $ 10.02 |
| 27010 Court Security Officer | $ 11.91 |
| 27040 Detention Officer | $ 12.35 |
| 27070 Firefighter | $ 11.46 |
| 27101 Guard I | $  7.43 |
| 27102 Guard II | $  8.34 |
| 27130 Police Officer | $ 14.25 |

Stevedoring/Longshoremen Occupational Services:

| | |
|---|---|
| 28010 Blocker and Bracer | $ 12.52 |
| 28020 Hatch Tender | $ 12.52 |
| 28030 Line Handler | $ 12.52 |
| 28040 Stevedore I | $ 11.89 |
| 28050 stevedore II | $ 13.25 |

Technical Occupations:

| | |
|---|---|
| 29010 Air Traffic Control Specialist, Center 2/ | $ 24.05 |
| 29011 Air Traffic Control Specialist, Station 2/ | $ 16.58 |
| 29012 Air Traffic Control Specialist, Terminal 2/ | $ 18.26 |
| 29023 Archeological Technician I | $ 13.46 |
| 29024 Archeological Technician II | $ 16.83 |
| 29025 Archeological Technician III | $ 18.70 |
| 29030 Cartographic Technician | $ 18.70 |
| 29035 Computer Based Training (CBT) Specialist/Instructor | $ 19.00 |
| 29040 Civil Engineering Technician | $ 18.70 |
| 29061 Drafter I | $ 12.02 |
| 29062 Drafter II | $ 13.50 |
| 29063 Drafter III | $ 15.10 |
| 29064 Drafter IV | $ 18.70 |
| 29081 Engineering Technician I | $ 11.87 |
| 29082 Engineering Technician II | $ 13.49 |

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 6

| | |
|---|---|
| 29083 Engineering Technician III | $ 13.76 |
| 29084 Engineering Technician IV | $ 17.83 |
| 29085 Engineering Technician V | $ 21.07 |
| 29086 Engineering Technician VI | $ 25.50 |
| 29090 Environmental Technician | $ 15.93 |
| 29100 Flight Simulator/Instructor (Pilot) | $ 22.65 |
| 29150 Graphic Artist | $ 19.00 |
| 29160 Instructor | $ 16.01 |
| 29210 Laboratory Technician | $ 13.75 |
| 29240 Mathematical Technician | $ 17.83 |
| 29361 Paralegal/Legal Assistant I | $ 12.03 |
| 29362 Paralegal/Legal Assistant II | $ 15.28 |
| 29363 Paralegal/Legal Assistant III | $ 18.69 |
| 29364 Paralegal/Legal Assistant IV | $ 22.60 |
| 29390 Photooptics Technician | $ 17.83 |
| 29480 Technical Writer | $ 19.37 |
| 29491 Unexploded Ordnance Technician I | $ 15.28 |
| 29492 Unexploded Ordnance Technician II | $ 18.49 |
| 29493 Unexploded Ordnance Technician III | $ 22.16 |
| 29494 Unexploded Safety Escort | $ 15.28 |
| 29495 Unexploded Sweep Personnel | $ 15.28 |
| 29620 Weather Observer, Senior 3/ | $ 13.75 |
| 29621 Weather Observer, Combined Upper Air & Surface Programs 3/ | $ 13.75 |
| 29622 Weather Observer, Upper Air 3/ | $ 13.75 |

Transportation/Mobile Equipment Operation Occups:

| | |
|---|---|
| 31030 Bus Driver | $ 13.82 |
| 31260 Parking and Lot Attendant | $ 10.01 |
| 31290 Shuttle Bus Driver | $ 10.01 |
| 31300 Taxi Driver | $ 10.01 |
| 31361 Truckdriver, Light Truck | $ 10.01 |
| 31362 Truckdriver, Medium Truck | $ 13.66 |
| 31363 Truckdriver, Heavy Truck | $ 14.62 |
| 31364 Truckdriver, Tractor-Trailer | $ 14.62 |

Miscellaneous Occupations:

| | |
|---|---|
| 99020 Animal Caretaker | $  6.56 |
| 99030 Cashier | $  5.15 |
| 99041 Carnival Equipment Operator | $  7.03 |
| 99042 Carnival Equipment Repairer | $  7.53 |
| 99043 Carnival Worker | $  5.58 |
| 99050 Desk Clerk | $  6.19 |
| 99095 Embalmer | $ 15.28 |
| 99300 Lifeguard | $  5.52 |
| 99310 Mortician | $ 15.28 |
| 99350 Park Attendant (Aide) | $  6.93 |
| 99400 Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | $  5.52 |
| 99500 Recreation Specialist | $  8.57 |
| 99510 Recycling Worker | $  7.03 |
| 99610 Sales Clerk | $  5.52 |
| 99620 School Crossing Guard (Crosswalk Attendant) | $  5.58 |
| 99630 Sports Official | $  5.52 |
| 99658 Survey Party Chief (Chief of Party) | $ 12.02 |
| 99659 Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | $ 11.85 |
| 99660 Surveying Aide | $  5.15 |
| 99690 Swimming Pool Operator | $  8.46 |
| 99720 Vending Machine Attendant | $  7.03 |
| 99730 Vending Machine Repairer | $  8.46 |
| 99740 Vending Machine Repairer Helper | $  7.03 |

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 7

### ** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE: $1.39 per hour or $55.60 per week or $240.93 per month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/
Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/
APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/
WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday preium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

### ** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

Case 1:05-cv-01847-HHK   Document 22-3   Filed 05/19/2006   Page 80 of 84

The contractor or subcontractor is required to furnish all
employees with an adequate number of uniforms without cost or to
reimburse employees for the actual cost of the uniforms. In
addition, where uniform cleaning and maintenance is made the
responsibility of the employee, all contractors and subcontractors
subject to this wage determination shall (in the absence of a bona
fide collective bargaining agreement providing for a different
amount, or the furnishing of contrary affirmative proof as to the
actual cost), reimburse all employees for such cleaning and
maintenance at a rate of $4.25 per week (or $.85 cents per day).
However, in those instances where the uniforms furnished are made
of "wash and wear" materials, may be routinely washed and dried
with other personal garments, and do not require any special
treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards
set by the terms of the Government contract, by the contractor, by
law, or by the nature of the work, there is no requirement that
employees be reimbursed for uniform maintenance costs.

### ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described
in the "Service Contract Act Directory of Occupations," Fourth
Edition, January 1993, as amended by the Second Supplement, dated
August 1995, unless otherwise indicated.  This publication may be
obtained from the Superintendent of Documents, at 202-783-3238, or
by writing to the Superintendent of Documents, U.S. Government
Printing Office, Washington, D.C. 20402.  Copies of specific job
descriptions may also be obtained from the appropriate contracting
officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE
{Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service
employee which is not listed herein and which is to be employed
under the contract (i.e., the work to be performed is not performed
by any classification listed in the wage determination), be
classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between
such unlisted classifications and the classifications listed in the
wage determination.  Such conformed classes of employees shall be
paid the monetary wages and furnished the fringe benefits as are
determined.  Such conforming process shall be initiated by the
contractor prior to the performance of contract work by such
unlisted class(es) of employees.  The conformed classification,
wage rate, and/or fringe benefits shall be retroactive to the
commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a
separate SF 1444 should be prepared for each wage determination to
which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a
conformed occupation(s) and computes a proposed rate(s).

WAGE DETERMINATION NO.:94-2401 (Rev.10)    ISSUE DATE:09/09/1998    Page 9

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves.  This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination.  Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

## EVALUATION TECHNIQUES FOR QUALITY ASSURANCE
## OF CONTRACTOR PERFORMANCE

**General**:  In accordance with the "Consequences of Contractors Failure to Perform Required Services" clause, the Federal Bureau of Prisons (BOP) may choose to apply a program review inspection process to either assess the contractor's performance or determine the amount of payment, or both.  The following is a description of the program review process.

Program Review is a system for inspecting performance, testing the adequacy of the internal quality controls and assessing risks for all program and administrative areas of contract performance.

The review guidelines will be based on the Contractor's Quality Control Program (QCP), the Statement of Work (SOW), professional guidelines referenced by the SOW, applicable BOP policy and any other appropriate measure within the contract's scope of work.

Contract requirements will be divided into various disciplines, each of which has a number of vital functions.  Successful performance in a vital function is essential to successful performance of the related discipline.  Each discipline comprises a specific percentage of the overall contract requirement.  Deductions will be based on these percentages applied to the overall monthly invoice.

The BOP may, consistent with the scope of contract performance requirements, unilaterally change the vital functions identified with the performance requirements summary.  A minimum of 30 calendar days before the beginning of each evaluation period, the Contract Officer will notify the contractor of any exchanges.  If the contractor is not provided with the notification, the existing vital functions will continue in effect for the next evaluation period, unless the contract agrees to accept the proposed changes.

The BOP reserves the right to develop and implement new inspection techniques and instructions at any time during contract performance without notice to the contractor.

**Management Assessment**:  Subsequent to award, the Contracting Officer (CO) will convene a meeting in which the BOP and the Contractor will cooperatively assess the contractor's QCP and the BOP's Quality Assurance Program (QAP).  The assessment process is intended to facilitate the identification of strategic issues important to the quality assurance and quality control programs and a mutual understanding of these programs by BOP and contractor staff.

1

**Program Review Steps**:  Review steps will utilize the findings of the contractor's QCP, . reports submitted by the contractor to the BOP, and direct observations, interviews, and analytical determinations.

Generally, program reviews will be of two types:

A)   **Systematic**: These reviews will be scheduled inspections focusing on a specific discipline.  Inspections may be performed by on-site BOP monitors or by other parties designated by the CO as representatives of the BOP.

B)   **Ad-Hoc**: These reviews will be conducted as a result of special interests arising from routine monitoring of the contractor's QCP, an unusual occurrence pertaining to the contract or other BOP concerns.  These reviews could utilize established program review steps or an entire different inspection approach.

**Program Review Findings**:  At the conclusion of each review, a report will be written and an adjectival rating of contractor performance within each discipline will be assigned.   The following grades will be used:

| | |
|---|---|
| Superior | The program is performing all of its functions in an exceptional manner and has excellent internal quality controls.  Deficiencies are limited in number and not serious in nature. Program performance exceeds expectations and demonstrates initiative and exceptional effort. |
| Good | The program is performing all of its vital functions and there are few deficient procedures within any function.  Internal quality controls are such that there are limited procedural deficiencies.  Overall performance is above an acceptable level. |
| Acceptable | This is the "baseline" for the rating system. The vital functions of the discipline are being adequately performed.  Although numerous deficiencies may exist, they do not detract from the acceptable accomplishment of the vital functions. Internal quality controls are such that there are no performance breakdowns that would keep the program from continuing to accomplish its mission. |

2

| Deficient | One or more vital functions of the program is not being performed at an acceptable level.  Internal quality controls are weak, thus allowing for serious deficiencies in one or more program areas. |
|-----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| At Risk | The program is impaired to the point that it is not presently accomplishing its overall mission. Internal quality controls are not sufficient to reasonably assure that acceptable performance can be expected in the future. |

Grades below Acceptable may subject the contractor to deductions from the monthly invoice and appropriate administrative action as defined within the contract.  The amount of any deduction taken, up to the maximum weight assigned within the Performance Requirements Summary, will  be at the discretion of the CO.

3