

## Administrative Remedy

### Step 1 – Response

Date Filed:                                         Remedy ID No.:   06-063

Inmate Name:       Charles E. Forrester, Jr.    Reg #:           09565-007

This is in response to your Step 1 Administrative Remedy dated March 22, 2006 in which you are stating that you are being denied Rivers Correctional Institutions HVAC class.

An investigation revealed that you are not being denied the HVAC but "According to the guidelines set forth from the Workforce and Community Transaction program and the DOC-SEO, eligible participants are: 18-25 years old, high school graduates or GED recipients, within 1-5 years of release from prison, and residents of the District of Columbia. Records show that you do not meet the criteria set forth.

After viewing all available information, there is insufficient information to validate your statement.

If you are not satisfied with this response, you may obtain a Step 2 form you Counselor. As per RCI policy 12.006, Administrative Remedies, "Step 2 forms must be completed and submitted within five (5) days of the date of the Step 1 response".


4-11-06                                             _____
Date                                                David Farmer, AW-Programs

EXHIBIT TWO



Correctional Programs
Administrative Remedies

## Rivers Correctional Institution
## Step 1 Administrative Remedy Form
Paso 1 Forma De Remedio Administrativo

| Name: Charles E. Forrester, Jr. Nombre: | Number: 09565-007 Numero: |
|---|---|
| Date: March 22, 2006 Fecha: | Housing Assignment: C-04 Unidad Asignada: |

### For Official Use Only - Para Uso Oficial Solamente

| Date Rec'd: | Complaint #: | Staff Assigned: | Date Due: |
|---|---|---|---|
|  |  |  |  |

### Complaint - Reclamo

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in through investigation (e.g. dates, names, locations, times, etc....) Attach one (1) additional page if necessary, and the Informal Resolution Form with any other supporting documentation.

Describa su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc....) Agregue una pagina si es necesario.

Bracey's pejorative statement minimizes the chances of my desire for placement in the HVAC Vocational training Course to be rectified at the RCI level. On March 12, 2006, I requested to be placed in the HVAC Course. On March 13, 2006, the academic Counselor denied my request for placement in the HVAC Course. IN rendering a disposition to my March 12, 2006 request to staff, Leary expressly stated in pertinent part, that:

"You do not meet the age or residence requirement for HVAC."

See the attached informal Complaint and its attachments. To

Inmate Signature

Page 1 of 2

deny me the right to participate in the HVAC Course, is unequivocally, an egregious violation of 28 C.F.R. § 541.12 (10)(Inmate rights and responsibilities)("You have the right to to participate in education, vocational training..."). I have approximately <u>143</u> days of EGT available to me. To deny me the opportunity to acquire the HVAC Course, is equivalent to denying me the right to reduce the duration of my Sentence, via EGT. <u>See Chiefly</u>, 28 C.F.R. § 523.30, and its concomitant BOP program statement 5884.02 (Educational Good Time Sentence Credit for D.C. Code Offenders), respectively.

In my quest for additional vocational training such as HVAC, I requested a transfer. My case manager apprised me that my request for a transfer was allegedly denied by the RCI Staff. Thus, the RCI Staff has circumvented and deprived the BOP officials of their absolute authority to grant or deny my request for a transfer. <u>See</u> BOP program statement 5100.07 (Transfer). RCI has an extremely limited amount of vocational opportunities. I have acquired virtually all of the courses that RCI has to offer, with the exception of Wood Shop. I am not interested in the suspect Wood Shop Course. <u>See</u> RCI-19.001(V)("[RCI] will <u>provide</u> inmates with a <u>VARIETY</u> of job/<u>vocational opportunities</u> that will benefit them and the Community.") I am requesting to be transferred to a BOP facility so that I can participate in HVAC. <u>See</u> BOP program statement 5100.07(f) (Transfer for Training Purposes or Program Participation), Chapter 12, pg. 8.

Page 2 of 2

## GEO/RCI ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Date Rcv'd __JD 3/17/06__
(Staff)

C-2006-029

To: __Bracey__
(Counselor)

---

1. Write in this space, briefly, your complaint. Include all details and facts which support your request.

   On February 9, 2006, I submitted a request to my Case manager regarding a Subsequent to my initial request, I submitted an additional request to Mr. Davis, which depicts my interest in, amongst other Vocational opportunities, **HVAC**. See the attached 2-9-06, and 2-21-06 Request to Staff. On March 13, 2006, I submitted a request to Mr. Laury, Academic Counselor, requesting placement in **HVAC**. Laury denied my request for ~~the~~ the HVAC Course,

   pg. 1 of 2

2. What action do you wish to be taken to correct the situation?

   RCI does not have a "Variety" of Vocational opportunities to offer me. Thus, I have a need to be transferred to a BOP facility, which will give me a variety of Vocational opportunities to choose from. See 28 C.F.R. § 541.12 (10).

| _Charles Forrester_ | 09565-007 | C-04 /// | 3-17-06 |
|---|---|---|---|
| Inmate Name/Signature | Reg. No. | Unit/Bed | Date |

3. State Clearly staff efforts to resolve the matter informally. Be specific, but brief and provide to inmate.

   The course is set up by the Roanoke Chowan Community College and is funded through the DC Youth Offenders Program. That justifies the 25 year old age limitation. Being that you are not a youth offender, you have be pay.

***************************************************************

The Informal Resolution Was / (Was Not) (circle one) accomplished for the above noted reason.

| _signature_ | 3-22-06 | _signature_ | 3-20-06 |
|---|---|---|---|
| Inmate Signature | Date | Counselor Signature | Date |

Revised 01/21/04
pch

by stating in pertinent part:

> "you do not meet the age or residence requirement for HVAC."

See the attached March 12, 2006 Request to Staff. At this juncture, I am being deprived of my right to participate in the only course that I am interested in. See 28 C.F.R. § 541.12(10)(Inmate rights and responsibilities)("You have the right to participate in education, vocational training..."). Notably, my Case Manager apprised me that my request for a transfer was denied by the RCI Staff. Thus, the RCI Staff has superseded, and deprived the BOP officials of their absolute authority to grant or deny my request for a transfer. See BOP program statement 5100.07(f)(Transfer for Training Purposes or Program Participation), Chapter 10, page 8.

RCI has an extremely limited amount of vocational opportunities. I have acquired virtually all of the courses that RCI has to offer, with the exception of Wood Shop. See the attached March 12, 2006 Request to Staff and its attachments. See also, RCI-19.001(v) ("The institution will provide inmates with a VARIETY of job/ vocational opportunities that will benefit them and the community.").

pg. 2 of 2

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Davis, Case Manager | 2-09-06 |
| FROM: Charles E. Forrester, Jr. | REGISTER NO.: 09565-007 |
| WORK ASSIGNMENT: Law Clerk | UNIT: C-04 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

At your earliest convenience, please submit the necessary documents to the BOP to have me transferred to **any Minimum Custody Facility in the U.S.** To specify a particular minimum facility at this juncture could prove to be fatal to my prospects of being transferred. **See** the attached EMS-409.051.

However, if you need a few Camp names, I have listed four (4) for the BOP's consideration. **See** the attached list.

Thanks.

(Do not write below this line)

DISPOSITION: List of facilities will be submitted to Transfer Request

| Signature Staff Member: | Date: |
|---|---|
| [signature] C&W | 02-13-06 |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

1) Fairton Male Camp.

Program: The two-year degree program in Business Administration

2) ~~Ruxxxxxx xxxxx~~ Ashland Camp   | My Preference |

Program: Correspondance Courses, A two-year AA degree program in Business Tech.

3) Allenwood Camp

Program: Two-year Associate of Sciences degree program in business

My Preference

4) Morgantown Camp

Program: Computer literacy, and an Associate of Arts degree in Business Administration.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Davis, Case Manager | DATE: 2-21-06 |
|---|---|
| FROM: Charles E. Forrester, Jr. | REGISTER NO.: 09565 007 |
| WORK ASSIGNMENT: Law Clerk | UNIT: C-04    111-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

In addition to my urgent request for a transfer to a federal male Camp, I am requesting that you add the following Camps to my dream list.

Paramount Choice: 1. FCI Estill Camp: Dental Asst, HVAC, and Cook/Chef; 2. FPC Montgomery: Paralegal 3. FPC Pensacola: Culinary Arts; 4. FCI Talladega Male Camp: Cook.

Thanks!

Chas. E. F—, Jr.

(Do not write below this line)

DISPOSITION: A Transfer will be submitted

Signature Staff Member     Date 02-24-06

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

```
███████          *         INMATE EDUCATION DATA        *    03-14-2006
PAGE 001 OF 001  *              TRANSCRIPT              *    10:16:19

REGISTER NO: 09565-007    NAME..: FORRESTER                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: RIV-RIVERS CI
```

---------------------------- EDUCATION INFORMATION ----------------------------

```
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
RIV  ESL HAS    ENGLISH PROFICIENT          09-17-2002 1330 CURRENT
RIV  GED HAS    COMPLETED GED OR HS DIPLOMA 09-17-2002 1330 CURRENT
```

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| RIV | PARENTING PROGRAM | 11-06-2002 | 11-27-2002 | P | C | P | 32 |
| RIV | ADULT CONT EDU CORRESPONDENCE | 01-11-2005 | 06-23-2005 | P | C | P | 20 |
| RIV | VOC COMPUTER TECHNOLOGY PM8 | 05-02-2003 | 08-22-2003 | P | C | M | 110 |
| RIV | VOC COMPUTER TECHNOLOGY PM8 | 12-26-2002 | 04-28-2003 | P | C | E | 85 |
| RIV | LIFE SKILLS PM 5 | 11-07-2002 | 12-24-2002 | P | C | P | 65 |
| RIV | COMMERCIAL DRIVER PREP COURSE | 09-26-2002 | 11-01-2002 | P | C | P | 34 |

GEO                                                          RIVERS CORRECTIONAL INSTITUTIONAL
EDUCATION DEPARTMENT

| FORM: INMATE INITIAL INTERVIEW    INMATE PROGRAM REVIEW    &    INMATE REQUEST |

| TO: | UNIT: | DATE: |

## INITIAL INTERVIEW

**EDUCATION COURSES/RECOMMENDATIONS**
_____ ESL
_____ GED ___ PGED ___ ABE ___ ABE(non-readers) ABLE TEST ___
_____ PARENTING
_____ LIFE SKILLS ( I ) _____ LIFE SKILLS ( II )
_____ COMPUTER FUNDAMENTALS (Lev I)
_____ COMPUTER FUNDAMENTALS (Lev II)
_____ WOOD SHOP
_____ CUSTODIAL MAINTENANCE
_____ AIR COND. REFRIGERATION (open only for ages 25 & under)
_____ COLLEGE CORRESPONDENCE

**NOTES**

**EDUCATION STATUS:**
_____ Primary Language      (English, Spanish, Other)
_____ Last Grade Completed  (Per PSI) - (Per Sentry)
_____ GED HAS               (Per PSI) - (Per Sentry)
_____ High School Diploma   (Per PSI) - (Per Sentry)
_____ College               (Per PSI) - (Per Sentry)

**INTERVIEW STATUS FOR EDUCATION CLASSES:**
_____ Initial Interview
_____ Program Review
_____ Inmate Request

SIGNATURES/Inmate/Staff
Name: _____    Signature _____    Reg# _____

Academic Counselor: _____    Date _____

## PROGRAM REVIEW PROGRESS REPORT    (Conducted by: Academic Counselor)

| Education Courses | Currently Enrolled | Completed | Voluntary Drop | Involuntary Drop | Progress | Comments |
|---|---|---|---|---|---|---|
| __ESL __ ABE-Non Readers | | | | | | |
| __ABE __PGED __GED | | | | | | |
| __Parenting ___ RPP | | | | | | |
| __Life Skills I __ Life Skill II | | | | | | |
| Computer Keyboarding / Computer Fund (I) _____ Computer Fund (II) _____ | | | | | | |
| Wood Shop | | | | | | |
| Advanced Wood. | | | | | | |
| Custodial Maintenance | | | | | | |
| Air Cond. & Refrigeration | | | | | | |
| College Correspondence | | | | | | |

Academic Counselor Use Only

| P: Yes No / P: Yes No | EDI: Yes No | WLS: Yes No | EN: Yes No | TESTED: Yes No |