UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES E. FORRESTER, JR,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action 05-1847  (HHK)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 14] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendant and this case is **DISMISSED**.  This is a final appealable Order.

_____s/_____
Henry H. Kennedy, Jr.
United States District Judge

Date: October 26, 2006