In The
United States District Court
For The District of Columbia

Charles E. Forrester, Jr.,

    Plaintiff,

v.

    Civil Action No: 05-1847 (HHK)

Bureau of Prisons,

    Defendant.

RECEIVED
AUG 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Motion Requesting Relief Pursuant To Rule 60(a) of The Federal Rules of Civil Procedure

Comes now the Plaintiff, Charles E. Forrester, Jr., moving pro se, and hereby submits this motion requesting the Court to issue an Order Compelling the Clerk of the Court to provide Plaintiff with a copy of this Court's October

26, 2006 Order dismissing the above-captioned case. In addition, Plaintiff is requesting that this Court reinstate his right to appeal the order granting the Defendant's Motion for Summary Judgment. McNamara v. National Credit Union Ass'y, 264 F. Supp. 2d 1, 4 (D.D.C. 2003) (courts are to grant pro se litigants more latitude in procedural matters); Haines v. Kerner, 404 U.S. 519, 520-21 (1972). In support of this motion, Plaintiff **Swears** to the following:

1. On August 9, 2007, Plaintiff received from the Clerk of the Court, an August 7, 2007 docket report that was computer generated at 1:32 p.m..

2. Plaintiff discovered that on October 26, 2006 this Court issued an Order "granting 14 Defendant's Motion for Summary Judgment and dismissing the case for the reasons stated in the Memorandum Opinion...". See Entry Docket at No.: 24.

3. On August 10, 2007 Plaintiff contacted the Clerk of the Court at 202) 354-3350. The Court Clerk transferred Plaintiff's call to Ms. Johnson, court room deputy.

-2-

Ms. Johnson was unavailable, thus, Plaintiff placed a message on Ms. Johnson's answering service pertaining to the fact that Plaintiff did **not** receive this Court's October 26, 2006 order.

4. As of this motion, Plaintiff has **not** received the Court's October 26, 2006 order dismissing the above-styled case. Plaintiff is hereby requesting that this Court issue an order directing the Court Clerk to provide him with a copy of the Court's October 26, 2006 order. The Court has the unfettered discretion to grant this motion pursuant to Fed. R. Civ. P. 60(a)("Clerical errors in the record arising from oversight or omission may be corrected by the Court at any time of its own initiative or on the motion of any party"). <u>Day v. McDonough</u>, ___ U.S. ___, 126 S.Ct. 1675, 1684 (2006); <u>Flynn v. Masonry</u>, 444 F. Supp. 2d 221, 222 n.2 (D.D.C. 2006).

5. In addition, Plaintiff is hereby respectfully requesting the Court to reinstate Plaintiff's right to appeal the Court's October 26, 2006 order as prescribed in the Federal Rules of Appellant Procedure.

## Conclusion

Wherefore, Plaintiff prays that this Court will, in the interest of justice and fairness, grant the relief that Plaintiff is seeking.

August 20, 2007

Respectfully Submitted,

_Charles E. Forrester, Jr._
Charles E. Forrester, Jr.
Fed. Reg. No.: 09565-007
Rivers Correctional Institution
Post Office Box 630
Winton NC 27986-0630

Sworn to before me this
20th day of August 2007

_Rita G. Williams_
Notary Public

-4-

<u>Certificate of Service</u>

This is to certify that I have this <u>20</u>th day of August 2007 served a copy of the foregoing upon the below-listed party by placing the same in the Rivers Correctional Institution prison mail box, addressed as follows:

Benton G. Peterson
Assistant United States Attorney
555 4th Street, N.W.
Washington DC 20530

*Charles E. Forrester, Jr.*
Charles E. Forrester, Jr.
Pro se

-5-