## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES E. FORRESTER, JR,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action 05-1847  (HHK)

## MEMORANDUM AND ORDER

In a motion for relief pursuant to Fed. R. Civ. P. 60(a), plaintiff seeks to reopen the time

to appeal the judgment entered herein on October 26, 2006.[1]  He asserts that he did not receive

notice of the judgment until August 9, 2007, and as of August 20, 2007, had yet to receive the

Order and accompanying Memorandum Opinion.[2]  Because the motion comes more than 60 days

after entry of judgment, the Court must treat it as seeking to reopen the time to file an appeal

pursuant to Fed. R. App. P. 4(a)(6).  The Court may reopen the appeal time for 14 days

> only if all the following conditions are satisfied: (A) the court finds that the moving
> party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of
> the judgment or order sought to be appealed within 21 days after entry; (B) the motion
> is filed within 180 days after the judgment or [final] order is entered or within 7 days
> after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of
> the entry, *whichever is earlier*; and (C) the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6) (2007) (emphasis added).  Save for exceptional circumstances not present

---

[1]  Plaintiff's reliance on Rule 60(a) is misplaced inasmuch as that provision is reserved for correcting "clerical mistakes in judgments, orders or other parts of the record . . . ."

[2]  According to the docket, the Clerk mailed "another copy" of the Order and Memorandum Opinion to plaintiff on August 24, 2007.

here, "a court may not enlarge the time limits for filing the notice of appeal except as authorized

by the rules." *Williams v. Washington Convention Center Authority*, 481 F.3d 856, 859 (D.C.

Cir. 2007).   The rule "establishes an outer time limit of 180 days."  Fed. R. App. P. 4 advisory

committee's notes (1991 Amendment); *see id*. 2005 Amendments ("an appeal cannot be brought

more than 180 days after entry, no matter what the circumstances").  The motion was filed

beyond the 180-day limit.  Accordingly, it is

**ORDERED** that plaintiff's motion to reopen the time for an appeal [Dkt. No. 26] is

**DENIED**.

_____s/_____
Henry H. Kennedy, Jr.
United States District Judge

Date: October 11, 2007